**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUN ROBERTS and KEN SHEPPARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> STEPHEN EHRLICH, GERARD HANSHE, DAVID BROSGOL, JANICE BARRILLEAUX, PHILIP EYTAN, JARRETT LILIEN, and BRIAN BROOKS, <br><br> Defendants. | Case No. 1:22-cv-09590-PKC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, David Boies, who is a member in good standing of the bar of this Court, hereby appears as counsel for Movants Anthony Shnayderman, Lisa Provino, Lisa Dagnoli, and Katharine Sugrue in the above-captioned proceeding.

Dated: New York, New York
January 10, 2023

BOIES SCHILLER FLEXNER LLP

By:   /s/ *David Boies*
David Boies
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 749-8200
dboies@bsfllp.com

*Attorney for Movants Anthony Shnayderman, Lisa Provino, Lisa Dagnoli, and Katharine Sugrue*