# EXHIBIT C

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### CASE NO.: 22-cv-9590

SHAUN ROBERTS and KEN
SHEPPARD, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

STEPHEN EHRLICH, GERARD
HANSHE, DAVID BROSGOL, JANICE
BARRILLEAUX, PHILIP EYTAN,
JARRETT LILIEN, and BRIAN BROOKS,

      Defendants.

_____/

### CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, _Anthony Shnayderman_, hereby declare as follows:

1.     I have reviewed the complaint in this matter and have authorized The Moskowitz

Law Firm PLLC and Boies Schiller Flexner LLP to file a complaint on my behalf.

2.     I did not purchase any of the securities that are the subject of the complaint at the

direction of Plaintiff's counsel or in order to participate in any private action arising under the

federal securities laws.

3.     I am willing to serve as a representative party on behalf of a class, including

providing testimony and trial, if necessary.

4.     My purchase history is set forth in the documents attached hereto as **Exhibit A**.

5.     I have not, within the three years preceding the date of this certification, sought

to serve or served as a representative party on behalf of a class in an action involving alleged

violations of the federal securities laws.

CASE NO.: 22-cv-9590

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the Court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on 1/6/2023          .

By: *Anthony Shnayderman*
9A36937B82FD4B3...

Print: Anthony Shnayderman

# Exhibit A



3:49

# Portfolio

Total Value
## $285,816.04  -$540,491.70  Total Return

## Asset Allocation

25.4% ETH

7.8% OTHER

66.9% BTC

**View Orders and Transfers**  >

| Cash | Balance | Available ⊙ | |
|------|---------|-------------|---|
| **USD** | $0.00 | $0.00 | > |

| Positions | Price | Avg. Cost ⌄ | Pr |
|-----------|-------|-------------|----|
| **BTC**<br>Bitcoin | $16,862.32 | $42,334.97 | -$ |
| **ETH**<br>Ethereum | $1,254.29 | $3,633.61 | -$ |
| **AAVE** | $55.85 | $237.30 | -$ |

Market | Portfolio | Debit | Menu

3:50

# Portfolio

| Positions | Quantity | Value | Pri |
|-----------|----------|-------|-----|
| **APE** ApeCoin | 194.680 | $783.78 | $4 |
| **SAND** The Sandbox | 849.5313 | $365.29 | $0 |
| **MANA** Decentraland | 655.86 | $211.18 | $0 |
| **FTM** Fantom | 2,156.007 | $472.16 | $0 |
| **MATIC** Polygon | 1,635.110 | $1,298.27 | $0 |
| **XRP** Ripple | 15,720.0 | $5,360.52 | $0 |
| **USDC** USD Coin | 753.01 | $753.01 | $1 |
| **CHZ** Chiliz | 3,887.0440 | $431.77 | $0 |
| **VET** VeChain | 59,543.1 | $976.50 | $0 |
| **LUNC** Luna Classic | 4,058,028.4 | $630.09 | $0 |
| **LUNA** Terra 2.0 | 18.604 | $24.46 | $1 |
| **VGX** Voyager Token | 15,083.80 | $4,555.30 | $0 |
| **KEEP** Keep Network | 1,425.78 | $108.07 | $0 |
| **LLUNA** | 43.410 | $43.41 | $1 |

Avg. Cost ⌄

< **History**                                    Refresh

Orders              **Transfers**              Card

## Completed

| | |
|---|---|
| **Crypto Received**<br>05/09/2021 | +0.038645 BTC |
| **Crypto Received**<br>05/06/2021 | +0.087482 BTC |
| **Crypto Received**<br>05/05/2021 | +0.034832 BTC |
| **Crypto Received**<br>05/05/2021 | +0.438180 BTC |
| **Reward**<br>05/01/2021 | +0.000777 BTC |
| **Crypto Received**<br>04/27/2021 | +0.035852 BTC |
| **Crypto Received**<br>04/21/2021 | +0.072000 BTC |
| **Crypto Received**<br>04/09/2021 | +0.085493 BTC |
| **Crypto Received**<br>04/08/2021 | +0.089944 BTC |

Case 1:23-cv-00300-PKC   Document 20-5   Filed 01/11/23   Page 8 of 49

8:40

< **History** Refresh

Orders | Transfers | Card

Completed

| Market Buy | +992.44 VGX |
| Sep 8, 2021 | 2,950.38 USD |

| Market Sell | -0.85560 ETH |
| Sep 8, 2021 | 2,950.37 USD |

| Market Buy | +0.000644 BTC |
| Sep 7, 2021 | 29.99 USD |

| Market Buy | +0.101889 BTC |
| Aug 25, 2021 | 4,999.99 USD |

| Market Buy | +376.98 VGX |
| Aug 23, 2021 | 1,496.63 USD |

| Market Sell | -0.030000 BTC |
| Aug 23, 2021 | 1,496.64 USD |

| Market Buy | +7,000.00 USDC |
| Jul 26, 2021 | 7,000.00 USD |

| Market Buy | +0.45238 ETH |
| Jun 30, 2021 | 999.99 USD |

| Market Buy | +0.030812 BTC |
| Jun 25, 2021 | 999.99 USD |

| Market Buy | +3,887.0440 CHZ |
| Jun 24, 2021 | 1,000.00 USD |

8:40

< **History** Refresh

Orders | Transfers | Card

## Completed

| | |
|---|---|
| Market Buy | 894.41 USD |
| Sep 17, 2021 | |
| Market Sell | -0.019000 BTC |
| Sep 17, 2021 | 894.42 USD |
| Market Buy | +596.37 VGX |
| Sep 17, 2021 | 1,500.00 USD |
| Market Buy | +399.97 VGX |
| Sep 15, 2021 | 1,000.00 USD |
| Market Buy | +0.053053 BTC |
| Sep 14, 2021 | 2,499.99 USD |
| Market Buy | +594.85 VGX |
| Sep 8, 2021 | 1,738.84 USD |
| Market Sell | -0.50000 ETH |
| Sep 8, 2021 | 1,738.84 USD |
| Market Buy | +1,571.98 VGX |
| Sep 8, 2021 | 4,601.47 USD |
| Market Sell | -0.100000 BTC |
| Sep 8, 2021 | 4,601.47 USD |
| Market Buy | +219.15 VGX |
| Sep 8, 2021 | 643.96 USD |
| Market Sell | -643.96 USDC |
| Sep 8, 2021 | 643.96 USD |

< **History**    Refresh

Orders | Transfers | Card

## Completed

| Market Buy | +3,994.00 USDT |
| Oct 31, 2021 | 4,000.00 USD |

| Market Buy | +0.81620 ETH |
| Oct 30, 2021 | 3,500.00 USD |

| Market Buy | +67.296 DOT |
| Oct 25, 2021 | 3,000.00 USD |

| Market Buy | +42.67 VGX |
| Oct 19, 2021 | 99.99 USD |

| Market Sell | -0.900000 BTC |
| Oct 17, 2021 | 55,734.82 USD |

| Market Buy | +0.105182 BTC |
| Oct 7, 2021 | 5,702.92 USD |

| Market Sell | -5,711.50 USDT |
| Oct 6, 2021 | 5,702.93 USD |

| Market Buy | +514.30 VGX |
| Oct 6, 2021 | 1,198.19 USD |

| Market Sell | -1,200.00 USDT |
| Oct 6, 2021 | 1,198.20 USD |

| Market Buy | +23,579.08 USDC |
| Oct 3, 2021 | 23,579.08 USD |

| Market Sell | -23,614.50 USDT |
| Oct 3, 2021 | 23,579.07 USD |

8:40

< **History**                                   Refresh

Orders          Transfers          Card

## Completed

Nov 7, 2021                                 500.00 USD

Market Buy                              +4.43325 ETH
Nov 5, 2021                            20,000.00 USD

Market Buy                              +0.55410 ETH
Nov 5, 2021                             2,500.00 USD

Market Buy                               +33.31 AVAX
Nov 5, 2021                             2,499.99 USD

Limit Buy                                  +5.5000 SOL
Nov 5, 2021                    1,210.00 USD at $220.00

Market Buy                             +521.923 MATIC
Nov 5, 2021                               999.99 USD

Market Buy                                +37.94 VGX
Nov 3, 2021                               100.00 USD

Market Buy                               +718.898 FTM
Nov 3, 2021                             1,999.99 USD

Market Buy                              +1.00041 ETH
Nov 2, 2021                             4,536.00 USD

Market Sell                           -21,000.00 USDT
Nov 2, 2021                            20,968.50 USD

Market Buy                             +0.048623 BTC
Nov 2, 2021                             3,000.00 USD

8:40

< **History** Refresh

Orders | Transfers | Card

## Completed

| | |
|---|---|
| Nov 16, 2021 | 1,000.00 USD |
| **Market Buy** | **+70.399 DOT** |
| Nov 16, 2021 | 3,000.00 USD |
| **Market Buy** | **+2.25755 ETH** |
| Nov 15, 2021 | 10,000.00 USD |
| **Market Buy** | **+190.571 FTM** |
| Nov 15, 2021 | 499.99 USD |
| **Market Buy** | **+390.492 FTM** |
| Nov 14, 2021 | 1,000.00 USD |
| **Market Buy** | **+32.04 AVAX** |
| Nov 14, 2021 | 2,999.99 USD |
| **Market Buy** | **+1.19187 ETH** |
| Nov 11, 2021 | 5,700.00 USD |
| **Market Buy** | **+0.52987 ETH** |
| Nov 11, 2021 | 2,500.00 USD |
| **Market Buy** | **+48.84 AVAX** |
| Nov 8, 2021 | 4,500.00 USD |
| **Market Sell** | **-40,000.00 USDT** |
| Nov 8, 2021 | 39,940.00 USD |
| **Market Buy** | **+262.991 MATIC** |
| Nov 7, 2021 | 500.00 USD |

3:41

<  **History**  Refresh

Orders   Transfers   Card

## Completed

| | |
|---|---|
| Nov 19, 2021 | 700.00 USD |
| **Market Buy** | **+0.48736 ETH** |
| Nov 18, 2021 | 1,999.99 USD |
| **Market Sell** | **-4,824.00 USDT** |
| Nov 18, 2021 | 4,816.76 USD |
| **Limit Sell** | **-5.000000 BTC** |
| Rejected | 200,000.00 USD at $40,000.00 |
| **Market Buy** | **+33,977.3 VET** |
| Nov 16, 2021 | 4,999.99 USD |
| **Market Buy** | **+20,254.4 VET** |
| Nov 16, 2021 | 3,000.00 USD |
| **Market Buy** | **+0.51371 ETH** |
| Nov 16, 2021 | 2,199.99 USD |
| **Market Buy** | **+655.86 MANA** |
| Nov 16, 2021 | 2,000.00 USD |
| **Market Buy** | **+33.16 AVAX** |
| Nov 16, 2021 | 2,999.99 USD |
| **Market Buy** | **+856.045 FTM** |
| Nov 16, 2021 | 1,999.99 USD |
| **Market Buy** | **+618.352 MATIC** |
| Nov 16, 2021 | 1,000.00 USD |

Case 1:22-cv-04260-PKC   Document 20-5   Filed 01/07/25   Page 14 of 49

| Orders | Transfers | Card |
|---|---|---|

## Completed

| | |
|---|---|
| Dec 5, 2021 | 3,999.99 USD |
| **Market Sell** | **-4,000.00 USDC** |
| Dec 5, 2021 | 4,000.00 USD |
| **Market Buy** | **+14.775 ZEC** |
| Dec 5, 2021 | 2,700.00 USD |
| **Market Sell** | **-2,700.00 USDC** |
| Dec 5, 2021 | 2,700.00 USD |
| **Market Buy** | **+12.5674 AAVE** |
| Nov 26, 2021 | 3,000.00 USD |
| **Market Sell** | **-3,000.00 USDC** |
| Nov 26, 2021 | 3,000.00 USD |
| **Market Buy** | **+0.091779 BTC** |
| Nov 26, 2021 | 4,999.99 USD |
| **Market Buy** | **+44.72 AVAX** |
| Nov 26, 2021 | 5,000.00 USD |
| **Market Sell** | **-10,000.00 USDC** |
| Nov 26, 2021 | 10,000.00 USD |
| **Market Buy** | **+0.041335 BTC** |
| Nov 19, 2021 | 2,414.08 USD |
| **Market Buy** | **+5,301.2 VET** |
| Nov 19, 2021 | 700.00 USD |

8:41

## History

< Refresh

**Orders**     Transfers     Card

### Completed

| | |
|---|---|
| Jan 8, 2022 | 4,000.00 USD |
| **Market Buy** | **+5.46 AVAX** |
| Jan 6, 2022 | 500.00 USD |
| **Limit Buy** | **+1.00000 ETH** |
| Jan 5, 2022 | 3,500.00 USD at $3,500.00 |
| **Market Sell** | **-4,000.00 USDC** |
| Jan 5, 2022 | 4,000.00 USD |
| **Market Buy** | **+188.139 MATIC** |
| Dec 23, 2021 | 499.99 USD |
| **Market Buy** | **+1,425.78 KEEP** |
| Dec 23, 2021 | 999.99 USD |
| **Market Sell** | **-1,500.00 USDC** |
| Dec 22, 2021 | 1,500.00 USD |
| **Market Buy** | **+26.9252 SOL** |
| Dec 22, 2021 | 5,000.00 USD |
| **Market Sell** | **-5,000.00 USDC** |
| Dec 22, 2021 | 5,000.00 USD |
| **Market Buy** | **+0.063095 BTC** |
| Dec 9, 2021 | 3,000.00 USD |
| **Market Sell** | **-3,000.00 USDC** |
| Dec 9, 2021 | 3,000.00 USD |

8:41

# History

Refresh

Orders          Transfers          Card

## Completed

Limit Buy                                    +800.000 APE
Canceled                          4,999.99 USD at $7.50

Limit Buy                                    +800.000 APE
Rejected                          6,000.00 USD at $7.50

Market Sell                              -0.150000 BTC
Mar 17, 2022                            6,127.63 USD

Market Buy                                 +515.86 VGX
Feb 12, 2022                                999.99 USD

Market Sell                             -1,000.00 USDC
Feb 12, 2022                             1,000.00 USD

Market Buy                               +1,024.35 VGX
Jan 14, 2022                             2,597.74 USD

Market Buy                                +16.28 AVAX
Jan 14, 2022                             1,500.00 USD

Market Buy                                +9.3097 SOL
Jan 14, 2022                             1,399.99 USD

Market Sell                             -5,497.74 USDC
Jan 14, 2022                             5,497.74 USD

Market Buy                             +849.5313 SAND
Jan 8, 2022                              4,000.00 USD

Market Sell                             -4,000.00 USDC
Jan 8, 2022                              4,000.00 USD

Case 1:22-cv-04860-PKC   Document 20-5   Filed 01/07/25   Page 17 of 49

8:41

< **History** Refresh

**Orders** Transfers Card

## Completed

| | |
|---|---|
| May 15, 2022 | 499.99 USD |
| **Market Buy** | **+972.00 VGX** |
| May 14, 2022 | 800.00 USD |
| **Market Buy** | **+2,302,379.1 LUNC** |
| May 14, 2022 | 1,200.00 USD |
| **Market Sell** | **-2,000.00 USDC** |
| May 14, 2022 | 2,000.00 USD |
| **Market Buy** | **+128 755 APE** |
| May 2, 2022 | 2,000.00 USD |
| **Market Sell** | **-2,000.00 USDC** |
| May 2, 2022 | 2,000.00 USD |
| **Market Buy** | **+1,354.06 VGX** |
| Apr 11, 2022 | 2,127.62 USD |
| **Market Buy** | **+24.85 AVAX** |
| Apr 11, 2022 | 1,999.99 USD |
| **Market Buy** | **+529.43 VGX** |
| Apr 1, 2022 | 999.99 USD |
| **Market Buy** | **+494.16 VGX** |
| Mar 27, 2022 | 1,000.00 USD |
| **Limit Buy** | **+666 666 APE** |
| Canceled | 4,999.99 USD at $7.50 |

8:41

## History

Refresh

**Orders**     Transfers     Card

111 Orders                     Filters

Completed

| | |
|---|---|
| **Market Sell** | -171,323.17 USDC |
| Jun 22, 2022 | 171,323.17 USD |
| **Market Buy** | +0.042590 BTC |
| Jun 13, 2022 | 999.99 USD |
| **Market Buy** | +0.63432 ETH |
| Jun 11, 2022 | 1,000.00 USD |
| **Market Buy** | +1,281.98 VGX |
| May 20, 2022 | 999.99 USD |
| **Market Buy** | +63 461 APE |
| May 20, 2022 | 500.00 USD |
| **Market Buy** | +45.878 DOT |
| May 17, 2022 | 500.00 USD |
| **Market Buy** | +583.45 VGX |
| May 15, 2022 | 499.99 USD |
| **Market Buy** | +1,748,679.7 LUNC |
| May 15, 2022 | 499.99 USD |
| **Market Buy** | +972.00 VGX |
| May 14, 2022 | 800.00 USD |
| **Market Buy** | +2,302,379.1 LUNC |
| May 14, 2022 | 1,200.00 USD |

8:43

< **History** Refresh

Orders | **Transfers** | Card

## Completed

05/12/2021

**Crypto Received**
05/10/2021                    +0.038390 BTC

**Crypto Received**
05/09/2021                    +0.038645 BTC

**Crypto Received**
05/06/2021                    +0.087482 BTC

**Crypto Received**
05/05/2021                    +0.034832 BTC

**Crypto Received**
05/05/2021                    +0.438180 BTC

**Reward**
05/01/2021                    +0.000777 BTC

**Crypto Received**
04/27/2021                    +0.035852 BTC

**Crypto Received**
04/21/2021                    +0.072000 BTC

**Crypto Received**
04/09/2021                    +0.085493 BTC

**Crypto Received**
04/08/2021                    +0.089944 BTC

8:43

# History

< Refresh

Orders | **Transfers** | Card

## Completed

06/24/2021

**Deposit**
06/15/2021
+5000.00 USD

**Crypto Received**
06/09/2021
+0.391084 BTC

**Crypto Received**
06/02/2021
+0.093047 BTC

**Crypto Received**
06/02/2021
+0.310756 BTC

**Reward**
06/01/2021
+0.006578 BTC

**Crypto Received**
05/15/2021
+0.200000 BTC

**Crypto Received**
05/14/2021
+0.159500 BTC

**Crypto Received**
05/13/2021
+0.215848 BTC

**Crypto Received**
05/12/2021
+0.158983 BTC

**Crypto Received**
05/12/2021
+0.084305 BTC

8:43

< **History** Refresh

Orders **Transfers** Card

## Completed

07/27/2021 +0.220900 BTC

**Crypto Received**
07/26/2021 +0.29700 ETH

**Crypto Received**
07/26/2021 +1.786730 BTC

**Crypto Received**
07/24/2021 +0.144870 BTC

**Deposit**
07/20/2021 +5000.00 USD

**Crypto Received**
07/20/2021 +0.337761 BTC

**Crypto Received**
07/16/2021 +0.008139 BTC

**Crypto Received**
07/16/2021 +0.094910 BTC

**Crypto Received**
07/08/2021 +0.843358 BTC

**Reward**
07/01/2021 +0.012424 BTC

**Deposit**
06/24/2021 +0.000718 BTC

8:43

< **History**     Refresh

Orders     **Transfers**     Card

## Completed

08/01/2021

**Reward**
08/01/2021                    +0.00220 ETH

**Reward**
08/01/2021                    +0.017962 BTC

**Crypto Received**
07/30/2021                    +0.513319 BTC

**Crypto Received**
07/30/2021                    +10000.00 USDC

**Crypto Received**
07/29/2021                    +1.28618 ETH

**Crypto Received**
07/29/2021                    +33240.00 USDC

**Crypto Sent**
07/29/2021                    -0.087000 BTC

**Crypto Received**
07/28/2021                    +0.177215 BTC

**Crypto Sent**
07/27/2021                    -0.073625 BTC

**Crypto Received**
07/27/2021                    +0.220906 BTC

8:44

< **History**                    Refresh

Orders          **Transfers**          Card

## Completed

08/18/2021

**Crypto Sent**
08/18/2021                    -0.068000 BTC

**Crypto Received**
08/18/2021                    +0.217912 BTC

**Crypto Received**
08/12/2021                    +0.033377 BTC

**Crypto Received**
08/12/2021                    +0.188823 BTC

**Crypto Received**
08/12/2021                    +0.227123 BTC

**Crypto Received**
08/09/2021                    +1.48000 ETH

**Crypto Received**
08/04/2021                    +0.36986 ETH

**Crypto Received**
08/03/2021                    +0.052084 BTC

**Crypto Received**
08/02/2021                    +0.502665 BTC

**Reward**
08/01/2021                    +26.97 USDC

8:44

# History

Orders    **Transfers**    Card

## Completed

09/01/2021

**Reward**
09/01/2021

+0.033783 BTC

**Crypto Received**
08/31/2021

+0.88000 ETH

**Crypto Received**
08/31/2021

+1.15876 ETH

**Deposit**
08/25/2021

+5000.00 USD

**Deposit**
**Rejected**

+5000.00 USD

**Deposit**
**Rejected**

+10000.00 USD

**Crypto Received**
08/22/2021

+0.91543 ETH

**Crypto Received**
08/20/2021

+0.028434 BTC

**Crypto Sent**
08/20/2021

-0.500100 BTC

**Crypto Sent**
08/18/2021

-0.488450 BTC

Refresh

Case 1:22-cv-00460-PKC   Documents 20-5   Filed 01/07/22   Page 25 of 49

< **History** Refresh

Orders **Transfers** Card

## Completed

**Crypto Received**
09/16/2021
+10.50000 ETH

**Deposit**
09/14/2021
+5000.00 USD

**Crypto Received**
09/09/2021
+9080.0 XRP

**Crypto Received**
09/09/2021
+20.0 XRP

**Crypto Received**
09/09/2021
+20.0 XRP

**Crypto Received**
09/07/2021
+3.00000 ETH

**Crypto Received**
09/07/2021
+3.00000 ETH

**Deposit**
09/07/2021
+30.00 USD

**Reward**
09/01/2021
+377.00 USDC

**Reward**
09/01/2021
+0.01379 ETH

8:44

< **History** Refresh

Orders **Transfers** Card

Completed

09/27/2021

**Crypto Received**
09/27/2021                          +1.57317 ETH

**Crypto Received**
09/27/2021                          +0.219378 BTC

**Crypto Received**
09/22/2021                          +0.230000 BTC

**Crypto Received**
09/22/2021                          +4.96000 ETH

**Crypto Sent**
09/22/2021                          -2400.00 USDT

**Crypto Received**
09/20/2021                          +3.27324 ETH

**Crypto Received**
09/20/2021                          +4000.00 USDT

**Deposit**
09/17/2021                          +12.44 VGX

**Crypto Received**
09/17/2021                          +0.100000 BTC

**Crypto Received**
09/17/2021                          +0.83885 ETH

8:44

‹    **History**    Refresh

Orders    **Transfers**    Card

**Completed**

10/01/2021    +4.58 VGX

**Reward**
10/01/2021    +376.35 USDC

**Reward**
10/01/2021    +19.79 VGX

**Reward**
10/01/2021    +0.06961 ETH

**Reward**
10/01/2021    +0.033322 BTC

**Crypto Received**
09/30/2021    +1999.96 USDC

**Crypto Received**
09/29/2021    +0.048743 BTC

**Crypto Received**
09/28/2021    +0.014250 BTC

**Crypto Received**
09/28/2021    +3800.0 XRP

**Crypto Received**
09/28/2021    +0.133032 BTC

**Crypto Received**
09/27/2021    +4906.00 USDT

8:44

< **History** Refresh

Orders **Transfers** Card

## Completed

10/10/2021

**Crypto Received**
10/09/2021

+1196.00 USDC

**Crypto Received**
10/09/2021

+3804.50 USDT

**Crypto Sent**
10/03/2021

-940.00 USDT

**Deposit**
10/02/2021

+0.005796 BTC

**Deposit**
10/02/2021

+0.01513 ETH

**Crypto Received**
10/01/2021

+0.38500 ETH

**Deposit**
10/01/2021

+41.82 USDC

**Crypto Received**
10/01/2021

+11.00000 ETH

**Crypto Received**
10/01/2021

+25000.00 USDT

**Deposit**
10/01/2021

+4.58 VGX

8:44

## History

Orders  **Transfers**  Card

### Completed

10/23/2021

**Crypto Received**
10/23/2021                    +0.000076 BTC

**Crypto Received**
10/19/2021                    +30000.00 USDC

**Crypto Received**
10/18/2021                    +2972.00 USDC

**Crypto Received**
10/18/2021                    +2.79383 ETH

**Deposit**
10/16/2021                        +4.67 VGX

**Crypto Received**
10/13/2021                      +2800.0 XRP

**Crypto Sent**
10/11/2021                    -1320.00 USDT

**Crypto Received**
10/11/2021                    +2.42296 ETH

**Crypto Received**
10/11/2021                    +1.14594 ETH

**Crypto Received**
10/10/2021                    +20000.00 USDC

Case 1:22-cv-00160-PKC   Document 20-5   Filed 01/03/23   Page 30 of 49

8:44

< **History**   Refresh

Orders   **Transfers**   Card

Completed

11/01/2021

**Reward**
11/01/2021                     +0.18063 ETH

**Reward**
11/01/2021                     +0.035561 BTC

**Crypto Sent**
10/31/2021                     -8000.00 USDT

**Crypto Sent**
10/30/2021                     -0.70000 ETH

**Crypto Sent**
10/28/2021                     -1500.00 USDT

**Crypto Received**
10/27/2021                     +0.114946 BTC

**Crypto Received**
10/26/2021                     +3273.00 USDT

**Crypto Received**
10/25/2021                     +0.023644 BTC

**Withdrawal**
10/23/2021                     -20000.00 USD

**Crypto Received**
10/23/2021                     +0.500000 BTC

8:44

< **History** Refresh

Orders **Transfers** Card

**Completed**

| | |
|---|---|
| 11/02/2021 | -18998.00 USDT |
| **Crypto Received** 11/02/2021 | +45400.00 USDT |
| **Crypto Sent** 11/02/2021 | -0.097800 BTC |
| **Deposit** 11/01/2021 | +0.006184 BTC |
| **Deposit** 11/01/2021 | +0.03927 ETH |
| **Deposit** 11/01/2021 | +84.05 USDC |
| **Deposit** 11/01/2021 | +26.81 VGX |
| **Crypto Received** 11/01/2021 | +0.027442 BTC |
| **Reward** 11/01/2021 | +756.47 USDC |
| **Reward** 11/01/2021 | +32.53 VGX |
| **Crypto Received** 11/01/2021 | +0.46294 ETH |

8:44

< **History**                    Refresh

Orders        **Transfers**        Card

## Completed

11/24/2021                    +0.001000 BTC

**Crypto Received**
11/24/2021                    +0.079317 BTC

**Crypto Received**
11/19/2021                    +0.69113 ETH

**Deposit**
11/16/2021                    +3.72 VGX

**Deposit**
11/16/2021                    +31.75 VGX

**Deposit**
11/14/2021                    +0.000391 BTC

**Crypto Sent**
11/11/2021                    -1.20000 ETH

**Crypto Received**
11/08/2021                    +34000.00 USDT

**Crypto Sent**
11/06/2021                    -0.50000 ETH

**Crypto Received**
11/02/2021                    +5295.50 USDT

**Crypto Sent**
11/02/2021                    -18998.00 USDT

8:44

## History

Orders · **Transfers** · Card

### Completed

12/01/2021

**Reward**
12/01/2021                        +1000.41 USDC

**Reward**
12/01/2021                        +1.001 DOT

**Reward**
12/01/2021                        +0.22489 ETH

**Reward**
12/01/2021                        +0.035958 BTC

**Crypto Sent**
11/29/2021                        -24000.00 USDC

**Crypto Received**
11/27/2021                        +10.00000 ETH

**Crypto Received**
11/26/2021                        +12107.71 USDC

**Crypto Received**
11/25/2021                        +3000.00 USDC

**Crypto Received**
11/24/2021                        +17000.00 USDC

**Crypto Received**
11/24/2021                        +0.061000 BTC

8:44

<

## History

Refresh

Orders | **Transfers** | Card

**Completed**

| | |
|---|---|
| 12/12/2021 | +0.000190 BTC |
| **Crypto Sent** 12/07/2021 | -3320.00 USDC |
| **Crypto Received** 12/06/2021 | +5000.00 USDC |
| **Crypto Received** 12/05/2021 | +26302.97 USDC |
| **Deposit** 12/01/2021 | +0.04888 ETH |
| **Deposit** 12/01/2021 | +0.006253 BTC |
| **Deposit** 12/01/2021 | +111.15 USDC |
| **Deposit** 12/01/2021 | +24.11 VGX |
| **Reward** 12/01/2021 | +33.90 VGX |
| **Reward** 12/01/2021 | +0.0031 AAVE |
| **Reward** 12/01/2021 | +4.047 MATIC |

8:44

< **History**                                    Refresh

Orders          **Transfers**          Card

**Completed**

01/01/2022                              +0.007950 BTC

**Reward**
01/01/2022                              +0.010 ZEC

**Crypto Received**
12/28/2021                              +0.083549 BTC

**Crypto Received**
12/21/2021                              +1499.62 USDC

**Crypto Received**
12/21/2021                              +0.114112 BTC

**Crypto Received**
12/21/2021                              +0.103107 BTC

**Crypto Received**
12/20/2021                              +35600.00 USDC

**Deposit**
12/16/2021                              +5.52 VGX

**Deposit**
12/16/2021                              +3.02 VGX

**Crypto Received**
12/16/2021                              +0.079050 BTC

**Deposit**
12/12/2021                              +0.000498 BTC

8:44

< **History** Refresh

Orders **Transfers** Card

**Completed**

01/01/2022

**Deposit**
01/01/2022                    +0.006601 BTC

**Deposit**
01/01/2022                    +127.68 USDC

**Deposit**
01/01/2022                    +0.05957 ETH

**Deposit**
01/01/2022                    +3.98 VGX

**Reward**
01/01/2022                    +0.0314 AAVE

**Reward**
01/01/2022                    +6.342 MATIC

**Reward**
01/01/2022                    +1149.21 USDC

**Reward**
01/01/2022                    +1.387 DOT

**Reward**
01/01/2022                    +0.27405 ETH

**Reward**
01/01/2022                    +0.037960 BTC

8:44

< **History** Refresh

Orders | **Transfers** | Card

**Completed**

01/22/2022

**Crypto Received**
01/20/2022

+0.044197 BTC

**Crypto Received**
01/20/2022

+0.024006 BTC

**Crypto Received**
01/19/2022

+0.095912 BTC

**Crypto Received**
01/19/2022

+0.118654 BTC

**Crypto Received**
01/18/2022

+0.192529 BTC

**Deposit**
01/16/2022

+6.20 VGX

**Crypto Received**
01/13/2022

+6178.26 USDC

**Crypto Received**
01/13/2022

+0.133637 BTC

**Crypto Received**
01/10/2022

+0.067554 BTC

**Reward**
01/01/2022

+34.40 VGX

8:45

<　　　　　　History　　　　　　Refresh

Orders　　　　　**Transfers**　　　　　Card

## Completed

02/02/2022　　　　　　　　　+12.4 USDC

**Reward**
02/01/2022　　　　　　　+0.033947 BTC

**Reward**
02/01/2022　　　　　　　+0.0938 SOL

**Reward**
02/01/2022　　　　　　　+37.95 VGX

**Crypto Received**
02/01/2022　　　　　　　+0.056977 BTC

**Reward**
02/01/2022　　　　　　　+1286.46 USDC

**Reward**
02/01/2022　　　　　　　+1.400 DOT

**Reward**
02/01/2022　　　　　　　+0.012 ZEC

**Crypto Received**
01/28/2022　　　　　　　+0.086058 BTC

**Crypto Received**
01/27/2022　　　　　　　+0.048241 BTC

**Crypto Received**
01/22/2022　　　　　　　+0.012040 BTC

8:45

< **History**   Refresh

Orders   **Transfers**   Card

## Completed

02/21/2022

**Deposit**
02/16/2022
+0.81 VGX

**Crypto Received**
02/16/2022
+0.031138 BTC

**Crypto Received**
02/08/2022
+0.127532 BTC

**Crypto Received**
02/07/2022
+0.113365 BTC

**Deposit**
02/03/2022
+0.06055 ETH

**Reward**
02/02/2022
+0.25735 ETH

**Reward**
02/02/2022
+0.0315 AAVE

**Reward**
02/02/2022
+7.007 MATIC

**Deposit**
02/02/2022
+0.007146 BTC

**Deposit**
02/02/2022
+142.94 USDC

8:45

# History

Orders          **Transfers**          Card

## Completed

03/01/2022

| | |
|---|---|
| **Reward** 03/01/2022 | +0.1046 SOL |
| **Reward** 03/01/2022 | +42.50 VGX |
| **Reward** 03/01/2022 | +0.0316 AAVE |
| **Reward** 03/01/2022 | +7.036 MATIC |
| **Reward** 03/01/2022 | +1281.28 USDC |
| **Reward** 03/01/2022 | +1.414 DOT |
| **Reward** 03/01/2022 | +0 012 ZEC |
| **Crypto Received** 02/23/2022 | +0.077399 BTC |
| **Crypto Received** 02/23/2022 | +2.00C000 BTC |
| **Crypto Received** 02/21/2022 | +0.064372 BTC |

8:45

< **History**                    Refresh

Orders        **Transfers**        Card

**Completed**

04/01/2022

**Reward**
04/01/2022                        +0.012 ZEC

**Reward**
04/01/2022                     +0.039239 BTC

**Crypto Received**
03/24/2022                     +0.068036 BTC

**Crypto Received**
03/16/2022                     +0.024788 BTC

**Crypto Received**
03/02/2022                     +0.045958 BTC

**Deposit**
03/01/2022                       +97.82 VGX

**Deposit**
03/01/2022                      +195.35 VGX

**Deposit**
03/01/2022                       +76.91 VGX

**Reward**
03/01/2022                     +0.25899 ETH

**Reward**
03/01/2022                     +0.038568 BTC

8:45

# History

< Orders | **Transfers** | Card

## Completed

04/02/2022

**Deposit**
04/02/2022                                          +79.30 VGX

**Crypto Received**
04/01/2022                                    +0.012942 BTC

**Reward**
04/01/2022                                      +0.25997 ETH

**Reward**
04/01/2022                                       +0.1048 SOL

**Reward**
04/01/2022                                       +46.54 VGX

**Reward**
04/01/2022                                      +0.0317 AAVE

**Reward**
04/01/2022                                      +7.068 MATIC

**Reward**
04/01/2022                                    +1287.52 USDC

**Deposit**
04/01/2022                                         +3.29 VGX

**Reward**
04/01/2022                                        +1.429 DOT

8:45

## < History                    Refresh

Orders          **Transfers**          Card

### Completed

04/26/2022                          +0.303000 BTC

**Crypto Received**
04/23/2022                          +0.079593 BTC

**Crypto Received**
04/21/2022                          +0.049450 BTC

**Crypto Received**
04/20/2022                          +0.048352 BTC

**Crypto Received**
04/19/2022                          +0.121000 BTC

**Deposit**
04/16/2022                          +7.38 VGX

**Crypto Received**
04/11/2022                          +0.021590 BTC

**Crypto Received**
04/05/2022                          +0.033571 BTC

**Crypto Received**
04/04/2022                          +0.044238 BTC

**Deposit**
04/02/2022                          +110.91 VGX

**Deposit**
04/02/2022                          +243.37 VGX

Case 1:22-cv-04563-PKC   Document 20-5   Filed 01/03/23   Page 44 of 49

8:45

## History

Orders     **Transfers**     Card

Refresh

### Completed

05/01/2022

**Reward**
05/01/2022                              +4.057 MATIC

**Reward**
05/01/2022                              +0.23203 ETH

**Reward**
05/01/2022                              +0.03C198 BTC

**Reward**
05/01/2022                              +59.75 VGX

**Reward**
05/01/2022                              +0.0317 AAVE

**Reward**
05/01/2022                              +1297.16 USDC

**Reward**
05/01/2022                              +1.443 DOT

**Reward**
05/01/2022                              +0 012 ZEC

**Crypto Received**
04/27/2022                              +5.85871 ETH

**Crypto Received**
04/26/2022                              +0.503000 BTC

8:45

< **History** Refresh

Orders **Transfers** Card

## Completed

06/01/2022 +0.014034 BTC

**Reward**
06/01/2022 +73.82 VGX

**Reward**
06/01/2022 +0.18719 ETH

**Crypto Received**
05/22/2022 +0.066827 BTC

**Deposit**
05/16/2022 +33.09 VGX

**Deposit**
05/14/2022 +5000.00 USD

**Deposit**
Rejected +5000.00 USD

**Deposit**
05/01/2022 +154.05 VGX

**Deposit**
05/01/2022 +334.33 VGX

**Deposit**
05/01/2022 +126.76 VGX

**Reward**
05/01/2022 +0.1051 SOL

< **History** Refresh

Orders **Transfers** Card

## Completed

| | |
|---|---|
| 06/02/2022 | +8.94 VGX |
| **Reward**<br>06/01/2022 | +0.0318 AAVE |
| **Reward**<br>06/01/2022 | +4.067 MATIC |
| **Reward**<br>06/01/2022 | +1.174 APE |
| **Reward**<br>06/01/2022 | +1027.80 USDC |
| **Reward**<br>06/01/2022 | +6969.6 LUNC |
| **Reward**<br>06/01/2022 | +0.1053 SOL |
| **Reward**<br>06/01/2022 | +0.95 AVAX |
| **Reward**<br>06/01/2022 | +1.664 DOT |
| **Reward**<br>06/01/2022 | +0 012 ZEC |
| **Reward**<br>06/01/2022 | +0.014654 BTC |

8:45

## History

< 

Refresh

| Orders | Transfers | Card |

**Completed**

Rejected

**Crypto Sent**
06/20/2022

-23.00000 ETH

**Deposit**
06/16/2022

+2.77 VGX

**Crypto Sent**
06/15/2022

-1.170000 BTC

**Crypto Received**
06/07/2022

+0.127500 BTC

**Crypto Received**
06/06/2022

+0.063875 BTC

**Crypto Received**
06/04/2022

+0.067467 BTC

**Deposit**
06/03/2022

+43.410 LLUNA

**Deposit**
06/03/2022

+18.604 LUNA

**Deposit**
06/02/2022

+556.82 VGX

**Deposit**
06/02/2022

+8.94 VGX

Case 1:22-cv-04259-PKC   Documents 20-5   Filed 01/07/23   Page 48 of 49

8:45

Orders    **Transfers**    Card

### Completed

07/01/2022                    +1.677 MATIC

**Reward**
07/01/2022                    +753.01 USDC

**Reward**
07/01/2022                    +0.1056 SOL

**Reward**
07/01/2022                    +0.72 AVAX

**Reward**
07/01/2022                    +1.610 DOT

**Reward**
07/01/2022                    +0 012 ZEC

**Reward**
07/01/2022                    +0.012151 BTC

**Reward**
07/01/2022                    +87.24 VGX

**Reward**
07/01/2022                    +0.17084 ETH

**Crypto Sent**
06/22/2022                    -0.484575 BTC

**Crypto Sent**
Rejected                      -23.0C000 ETH

8:45

## History

Orders   **Transfers**   Card

305 Transfers                    Filters

Completed

| | |
|---|---|
| **Withdrawal**<br>08/12/2022 | -81323.17 USD |
| **Withdrawal**<br>08/11/2022 | -90000.00 USD |
| **Reward**<br>07/01/2022 | +0.0319 AAVE |
| **Reward**<br>07/01/2022 | +1.289 APE |
| **Reward**<br>07/01/2022 | +4.077 MATIC |
| **Reward**<br>07/01/2022 | +753.01 USDC |
| **Reward**<br>07/01/2022 | +0.1056 SOL |
| **Reward**<br>07/01/2022 | +0.72 AVAX |
| **Reward**<br>07/01/2022 | +1.610 DOT |
| **Reward**<br>07/01/2022 | +0 012 ZEC |