# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-cv-9590

SHAUN ROBERTS and KEN
SHEPPARD, Individually and on Behalf
of All Others Similarly Situated,

    Plaintiffs,

v.

STEPHEN EHRLICH, GERARD
HANSHE, DAVID BROSGOL, JANICE
BARRILLEAUX, PHILIP EYTAN,
JARRETT LILIEN, and BRIAN BROOKS,

    Defendants.

_____/

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

    I, Lisa Provino, hereby declare as follows:

1.     I have reviewed the complaint in this matter and have authorized The Moskowitz Law Firm PLLC and Boies Schiller Flexner LLP to file a complaint on my behalf.

2.     I did not purchase any of the securities that are the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

3.     I am willing to serve as a representative party on behalf of a class, including providing testimony and trial, if necessary.

4.     My purchase history is set forth in the documents attached hereto as **Exhibit A**.

5.     I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

1

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the Court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on 1/6/23.

By: *Lisa Provino*
Print: Lisa Provino

# Exhibit A

| transaction_date | transaction_id | transaction_direction | transaction_type | Base Asset | Quote Asset | Qty | net_amt | price |
|---|---|---|---|---|---|---|---|---|
| 2021-05-03 02:20:57.645757+00 | 7TEY3J94ET16 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-05-05 01:54:47.204014+00 | JHZCNFV890N5 | Buy | TRADE | DOGE | USD | 41.40336199 | 25 | 0.6038157 |
| 2021-05-08 12:48:53.871995+00 | YNTE80Q2ZV97 | Buy | TRADE | USDC | USD | 175 | 175 | 1 |
| 2021-05-08 12:57:35.197008+00 | KHS63ENQ2S96 | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2021-05-09 01:10:40.218609+00 | 9ESXJMWXJ8XX | deposit | REWARD | BTC | N/A | 0.00042604 | 25 | 58679.72 |
| 2021-05-09 18:02:07.791094+00 | 72JTHAYXTK39 | Buy | TRADE | USDC | USD | 50 | 50 | 1 |
| 2021-05-15 02:56:29.575589+00 | 1786RFH9G9VN | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2021-05-15 03:12:56.411564+00 | 9R38BEQDCPKG | Buy | TRADE | USDC | USD | 125 | 125 | 1 |
| 2021-05-15 13:37:34.642395+00 | HRBWAJJ97EWE | Buy | TRADE | USDC | USD | 76 | 76 | 1 |
| 2021-05-16 03:50:52.10093+00 | MWSWYPS6JH3N | Buy | TRADE | USDC | USD | 74 | 74 | 1 |
| 2021-05-19 11:32:22.788787+00 | M1V9XJ9Q0TDR | Buy | TRADE | VGX | USD | 10 | 25 | 2.5 |
| 2021-05-21 02:23:03.215405+00 | JHJKVWEDKW9G | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2021-05-21 14:21:16.851872+00 | D1PMEX9RMHHV | Buy | TRADE | VGX | USD | 40 | 100 | 2.5 |
| 2021-05-21 21:09:30.305749+00 | BPHYX4YP0C1Y | Buy | TRADE | BTC | USD | 0.00075 | 26.25 | 35000 |
| 2021-05-22 02:39:41.407821+00 | N4TB0C2J2Z2A | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2021-05-22 19:45:11.946716+00 | K5096C0T04AK | deposit | BANK | USD | N/A | 1500 | 1500 | 1 |
| 2021-05-23 08:49:36.442096+00 | SZ4Q39DRPHWN | Buy | TRADE | ETH | USD | 0.02571 | 53.99 | 2100 |
| 2021-05-23 12:36:14.220704+00 | W22FZWMZ4B0C | Buy | TRADE | DOGE | USD | 250 | 77.5 | 0.31 |
| 2021-05-23 12:41:35.506412+00 | GYWA80GF38VD | Buy | TRADE | ETH | USD | 0.02 | 40 | 2000 |
| 2021-05-23 16:07:39.604146+00 | AFKVPPPRK7BN | Buy | TRADE | ETH | USD | 0.4 | 748 | 1870 |
| 2021-05-25 07:15:27.856404+00 | 5XKD4AQB3G4T | Sell | TRADE | VGX | USD | 10 | 26.8 | 2.68 |
| 2021-05-26 12:27:50.699646+00 | 6Y1NGMGKF3KT | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2021-05-26 12:41:29.108994+00 | 48C8R8AMZA2X | Buy | TRADE | USDC | USD | 2000 | 2000 | 1 |
| 2021-05-26 12:43:00.533116+00 | K4G5B9FCWRB0 | Buy | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2021-05-27 01:54:45.40793+00 | XW6MEKYD9PA9 | Buy | TRADE | LTC | USD | 2 | 370 | 185 |
| 2021-05-27 12:28:25.064855+00 | J5GBH2CGWDAG | Sell | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2021-05-27 12:33:38.970607+00 | CE56JPEKGGCE | Sell | TRADE | LTC | USD | 2 | 400.04 | 200.02 |
| 2021-05-27 12:36:40.968068+00 | GTKT5F70MVBK | Sell | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2021-05-28 06:18:19.664603+00 | FGMX0CF5P82M | Buy | TRADE | LTC | USD | 10 | 1800 | 180 |
| 2021-05-28 11:48:04.248398+00 | RN3GDVEMQMWZ | Buy | TRADE | LTC | USD | 3.5 | 595 | 170 |
| 2021-05-28 12:41:54.472898+00 | GCENXERKTZ1E | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2021-05-28 12:42:36.577211+00 | 3BB7YS7SPHCW | Buy | TRADE | USDC | USD | 2000 | 2000 | 1 |
| 2021-05-28 13:01:59.549355+00 | C4Q9XPM24WDA | Buy | TRADE | USDC | USD | 500 | 500 | 1 |
| 2021-05-30 13:21:47.605522+00 | SPFG90TWMSGC | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2021-06-01 12:49:24.005403+00 | WD2HX8TD6H32 | deposit | INTEREST | USDC | N/A | 5.794597 | 5.79 | 1 |
| 2021-06-21 04:40:47.281609+00 | F5V7C6FY91PJ | Buy | TRADE | VGX | USD | 20 | 42 | 2.1 |
| 2021-06-21 11:25:19.294545+00 | TTK6K0YN015C | Buy | TRADE | LTC | USD | 1 | 130 | 130 |
| 2021-07-01 08:03:58.193301+00 | FKCSW3T7C48Y | deposit | INTEREST | LTC | N/A | 0.0644 | 8.79 | 136.44 |
| 2021-07-01 11:46:15.917333+00 | AWF0NBG9RNCS | deposit | INTEREST | USDC | N/A | 30.042011 | 30.04 | 1 |
| 2021-07-09 00:05:21.757538+00 | R96CM2FHGRHJ | Buy | TRADE | USDC | USD | 694.09 | 694.09 | 1 |
| 2021-07-09 00:07:33.52765+00 | F3N1BYT146XX | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-07-09 00:08:29.292583+00 | S8EDV2TZ1PGH | Buy | TRADE | USDC | USD | 5000 | 5000 | 1 |
| 2021-07-11 20:05:28.660133+00 | YZ4EH0ARYMPG | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-07-11 20:57:28.298961+00 | D9CK2Q77WSQY | Buy | TRADE | USDC | USD | 5000 | 5000 | 1 |
| 2021-07-14 01:41:56.579885+00 | 8SP4BGGHQB96 | deposit | BANK | USD | N/A | 1270.08 | 1270.08 | 1 |
| 2021-07-16 01:56:54.737811+00 | WCY9CD5B8NYY | Buy | TRADE | USDC | USD | 1270.08 | 1270.08 | 1 |
| 2021-07-16 17:22:41.677591+00 | 429H0AKC74JC | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-07-16 17:22:59.265567+00 | ZMSCQD0ESENJ | Buy | TRADE | USDC | USD | 5000 | 5000 | 1 |
| 2021-07-20 23:47:32.921185+00 | H2XDFN0ZZ1BQ | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2021-07-23 17:16:41.836333+00 | AQ9GDPJEGFFA | Buy | TRADE | USDC | USD | 115 | 115 | 1 |
| 2021-08-01 10:19:43.716262+00 | XSR285KXSXYS | deposit | INTEREST | LTC | N/A | 0.06674398 | 9.93 | 148.77 |
| 2021-08-01 14:22:14.670402+00 | 4Z7GMA4KRAK7 | deposit | INTEREST | USDC | N/A | 107.739211 | 107.74 | 1 |
| 2021-08-01 16:39:19.920899+00 | MSN5GH181T2G | deposit | BANK | USD | N/A | 2000 | 2000 | 1 |
| 2021-08-01 16:39:37.45594+00 | XGWBKFD56HY8 | Buy | TRADE | USDC | USD | 2000 | 2000 | 1 |
| 2021-08-01 16:42:59.637198+00 | R43KNPRW94E6 | deposit | BANK | USD | N/A | 1777.26 | 1777.26 | 1 |
| 2021-08-01 16:43:18.79375+00 | 7YX36ENS50XY | Buy | TRADE | USDC | USD | 1777.26 | 1777.26 | 1 |
| 2021-08-03 12:36:18.417699+00 | 35E8EEQX59VV | Sell | TRADE | VGX | USD | 60 | 192 | 3.2 |
| 2021-08-04 16:45:11.956452+00 | AEQR0A59F7YS | Sell | TRADE | ETH | USD | 0.44571 | 1203.42 | 2700 |
| 2021-08-04 22:36:01.467558+00 | F6XWGHM2B467 | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2021-08-05 12:58:44.554361+00 | Q3QEBQNM0K7P | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-08-10 02:51:42.111331+00 | EZTB3D4MDYD2 | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-08-13 02:07:31.555278+00 | TNVDT7PQTFS4 | Buy | TRADE | USDC | USD | 3861 | 3861 | 1 |
| 2021-08-14 13:13:44.460388+00 | 190GHMKWHP19 | deposit | BANK | USD | N/A | 500 | 500 | 1 |

| Timestamp | ID | Type | Category | Asset | Currency | Amount | Value | Rate |
|---|---|---|---|---|---|---|---|---|
| 2021-08-14 13:24:42.132491+00 | RT49X5RV830J | Buy | TRADE | USDC | USD | 500 | 500 | 1 |
| 2021-08-14 17:28:56.776906+00 | 8HAXE0ZK59Q8 | deposit | BANK | USD | N/A | 4039 | 4039 | 1 |
| 2021-08-14 17:35:15.671073+00 | W83AA12E1ZS8 | Buy | TRADE | USDC | USD | 4039 | 4039 | 1 |
| 2021-08-17 13:01:02.849965+00 | YR7ARFV9TZX8 | deposit | BANK | USD | N/A | 6600 | 6600 | 1 |
| 2021-08-17 13:01:23.355024+00 | QA0PAW0MVWKR | Buy | TRADE | USDC | USD | 6600 | 6600 | 1 |
| 2021-08-17 13:02:18.918732+00 | EM83KK4RQJ1G | deposit | BANK | USD | N/A | 13000 | 13000 | 1 |
| 2021-08-17 13:03:08.775513+00 | Y2ZZP1RSYFGN | Buy | TRADE | USDC | USD | 13000 | 13000 | 1 |
| 2021-08-18 21:45:32.750024+00 | QFB0HYKQ8MT9 | deposit | BANK | USD | N/A | 20000 | 20000 | 1 |
| 2021-08-18 22:23:22.839+00 | 7ZBVKVAX5M6F | Buy | TRADE | USDC | USD | 5872 | 5872 | 1 |
| 2021-08-19 22:38:54.332534+00 | BGB25M90MPDT | deposit | BANK | USD | N/A | 20000 | 20000 | 1 |
| 2021-08-21 12:03:58.682494+00 | TB1M4H56QPF5 | Buy | TRADE | USDC | USD | 34139.42 | 34139.42 | 1 |
| 2021-08-22 07:06:30.751725+00 | ZGQ2E3R25H4D | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-08-22 07:06:47.61711+00 | 0NXPWYQ4E2VM | Buy | TRADE | USDC | USD | 5000 | 5000 | 1 |
| 2021-08-23 19:07:31.395931+00 | RF0C4AW7MGY9 | deposit | BANK | USD | N/A | 50000 | 50000 | 1 |
| 2021-08-23 19:07:55.343167+00 | BTZ1MC7EB7ZF | Buy | TRADE | USDC | USD | 50000 | 50000 | 1 |
| 2021-08-25 02:06:27.340877+00 | FT9GAJ174DKF | deposit | BANK | USD | N/A | 50000 | 50000 | 1 |
| 2021-08-25 02:06:47.434784+00 | K1CTTC6CCXKR | Buy | TRADE | USDC | USD | 45000 | 45000 | 1 |
| 2021-08-25 14:09:10.245358+00 | B6DGQVEKTYMQ | Buy | TRADE | USDC | USD | 5000 | 5000 | 1 |
| 2021-08-26 16:44:13.490021+00 | TJ3DMXFMNFZ4 | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-08-26 16:44:27.264797+00 | M5RSBH967DCG | Buy | TRADE | USDC | USD | 2000 | 2000 | 1 |
| 2021-08-31 03:13:28.302038+00 | YVWZH751AMNK | Buy | TRADE | USDC | USD | 3000 | 3000 | 1 |
| 2021-09-01 18:13:17.375168+00 | TM0Z49CZJD5Y | deposit | INTEREST | USDC | N/A | 572.15477 | 572.15 | 1 |
| 2021-09-01 22:50:24.242598+00 | CRH9NWSWD3AX | deposit | INTEREST | LTC | N/A | 0.06095413 | 10.7 | 175.53 |
| 2021-09-07 19:20:47.493667+00 | V9JHWGTEZJWK | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-09-08 17:54:58.810487+00 | F8XE7F9JW86T | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-09-11 02:54:14.58511+00 | MCX96D1BKDKR | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-09-15 01:37:57.750034+00 | ES1AHXSAQH76 | Buy | TRADE | USDC | USD | 275 | 275 | 1 |
| 2021-09-15 01:39:30.797929+00 | 24YKYPZTZ2ED | Buy | TRADE | USDC | USD | 1578 | 1578 | 1 |
| 2021-09-15 01:41:58.606933+00 | 7BNN6NK3GXPT | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2021-09-15 01:44:02.475393+00 | K2ARH5D7JWB1 | Buy | TRADE | USDC | USD | 2500 | 2500 | 1 |
| 2021-09-15 13:08:02.187485+00 | 0DH6Y03STBPC | Buy | TRADE | USDC | USD | 150 | 150 | 1 |
| 2021-09-20 02:46:42.560431+00 | YXDCFEX0Z5ZB | deposit | BANK | USD | N/A | 2000 | 2000 | 1 |
| 2021-09-20 12:26:26.317675+00 | 34FQY0MV5RG0 | Buy | TRADE | ETH | USD | 0.7 | 2100 | 3000 |
| 2021-09-21 21:18:42.818143+00 | BWC8KVSNERB5 | Buy | TRADE | BTC | USD | 0.01 | 400 | 40000 |
| 2021-09-22 18:53:04.686945+00 | 2S7JAXP6KGWM | deposit | BANK | USD | N/A | 3000 | 3000 | 1 |
| 2021-09-23 02:02:29.610254+00 | 28A2121JV53D | Buy | TRADE | USDC | USD | 1097 | 1097 | 1 |
| 2021-09-24 11:09:56.245543+00 | 6RSEC98M48MT | Buy | TRADE | LTC | USD | 15 | 2175 | 145 |
| 2021-09-25 16:48:13.404666+00 | X97AK40T2K7A | Buy | TRADE | USDC | USD | 2455 | 2455 | 1 |
| 2021-09-26 14:07:17.570204+00 | 0CH04MVTVQXF | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-09-27 01:59:03.963467+00 | M0WEM3MGH8ZH | Buy | TRADE | USDC | USD | 580 | 580 | 1 |
| 2021-10-01 13:53:14.302029+00 | DG1Y1TB4XW2Y | deposit | INTEREST | USDC | N/A | 1549.043566 | 1549.04 | 1 |
| 2021-10-01 18:57:06.452323+00 | B7PBSQBMTF2C | deposit | INTEREST | LTC | N/A | 0.07370861 | 11.44 | 155.24 |
| 2021-10-11 02:31:48.239154+00 | RWFAA4S37WPB | deposit | BANK | USD | N/A | 1500 | 1500 | 1 |
| 2021-10-11 02:38:57.288995+00 | 8AZX3R9T2S1R | Buy | TRADE | USDC | USD | 37.5 | 37.5 | 1 |
| 2021-10-12 05:51:12.599368+00 | RWMBC1VW1VZS | Sell | TRADE | BTC | USD | 0.011176 | 637.03 | 57000 |
| 2021-10-12 14:04:34.395864+00 | A6TCGHDFQ2W1 | Sell | TRADE | ETH | USD | 1.44 | 5040 | 3500 |
| 2021-10-12 18:12:01.193605+00 | AHDSG5MEKYM3 | Sell | TRADE | LTC | USD | 29.7658 | 5068.28 | 170.272 |
| 2021-10-14 01:26:02.592479+00 | A1PF4X70FA6J | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-10-16 13:17:20.683481+00 | 65GPFMGW3B5E | Buy | TRADE | USDC | USD | 6045 | 6045 | 1 |
| 2021-10-19 20:37:05.560121+00 | BZ4CHZMY5V9C | Sell | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2021-10-21 15:29:17.002963+00 | G39RJ5EBSCD7 | Buy | TRADE | BTC | USD | 0.01 | 630 | 63000 |
| 2021-10-24 14:58:37.963701+00 | J1CKD3TKG9H1 | deposit | BANK | USD | N/A | 7500 | 7500 | 1 |
| 2021-10-24 16:09:50.094511+00 | N9FQH2G6J821 | Buy | TRADE | BTC | USD | 0.01 | 600 | 60000 |
| 2021-10-24 16:57:12.531882+00 | YC2MX8V02S20 | Buy | TRADE | SHIB | USD | 125000000 | 5250 | 0.000042 |
| 2021-10-24 17:37:26.15117+00 | E01VK1579ZH3 | Buy | TRADE | SHIB | USD | 125000000 | 5000 | 0.00004 |
| 2021-10-25 05:30:23.314605+00 | H89CZ957R1HN | Buy | TRADE | USDC | USD | 2900 | 2900 | 1 |
| 2021-10-27 21:53:05.322887+00 | MBX3Y8THK952 | deposit | BANK | USD | N/A | 2000 | 2000 | 1 |
| 2021-10-28 21:21:04.82005+00 | KQCNF4RT9GQF | Sell | TRADE | SHIB | USD | 250000000 | 15060 | 0.00006024 |
| 2021-10-28 22:54:53.242845+00 | JDR3W1MF2N6D | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-10-30 16:32:09.05563+00 | Z4N4GPEVCZBG | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-11-01 08:49:14.605133+00 | MVZKHAB8PFSV | deposit | INTEREST | ETH | N/A | 0.002136774 | 9.06 | 4242.22 |
| 2021-11-01 13:53:56.611589+00 | CY4VR320K17N | deposit | INTEREST | USDC | N/A | 1626.307816 | 1626.31 | 1 |
| 2021-11-01 16:40:16.427434+00 | 7P66K3Z9C7X5 | deposit | INTEREST | SHIB | N/A | 53763.44086 | 3.79 | 0.00007054 |
| 2021-11-01 19:51:43.245873+00 | 7QTX0PG1M8DZ | deposit | INTEREST | LTC | N/A | 0.04799948 | 9.2 | 191.75 |
| 2021-11-03 15:18:01.18312+00 | QD7S2M672FJ3 | deposit | BANK | USD | N/A | 15000 | 15000 | 1 |

| Timestamp | ID | Action | Type | Asset | Currency | Amount | Value | Price |
|---|---|---|---|---|---|---|---|---|
| 2021-11-03 21:17:46.814249+00 | G513R2QRVJS3 | Buy | TRADE | SHIB | USD | 200500000 | 12431 | 0.000062 |
| 2021-11-03 21:17:47.103161+00 | GNKZYBDD797T | Buy | TRADE | SHIB | USD | 242000000 | 15004 | 0.000062 |
| 2021-11-03 22:39:06.508893+00 | DQJ1T2D23W53 | Buy | TRADE | SHIB | USD | 100000000 | 5800 | 0.000058 |
| 2021-11-03 22:39:09.473792+00 | F576G75AD5CT | Buy | TRADE | SHIB | USD | 100000000 | 5800 | 0.000058 |
| 2021-11-04 00:19:07.97638+00 | ERXKS77M8S9P | Buy | TRADE | SHIB | USD | 25000000 | 1375 | 0.000055 |
| 2021-11-04 19:22:08.914283+00 | M39GJWBJWJH6 | deposit | BANK | USD | N/A | 15000 | 15000 | 1 |
| 2021-11-05 22:17:34.090825+00 | CQHXS4ZQNVXN | Buy | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-11-08 15:02:32.613998+00 | 58JNJ7W961GC | Sell | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-11-09 03:28:10.154756+00 | KHFFF65YVT51 | Buy | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-11-10 21:58:34.855897+00 | RT1A74Y0842V | Sell | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-11-12 03:09:03.26471+00 | 5BJ5QPS2M73K | Buy | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-11-16 12:47:07.700415+00 | 94ZYBC0E72DK | Sell | TRADE | USDC | USD | 20000 | 20000 | 1 |
| 2021-11-16 20:25:43.793377+00 | Z4RA6FY00EKK | Buy | TRADE | SHIB | USD | 200000000 | 9976 | 0.00004988 |
| 2021-11-17 02:15:12.097675+00 | 63Y0J740PNPF | Buy | TRADE | USDC | USD | 5229 | 5229 | 1 |
| 2021-11-17 02:15:50.668512+00 | 1MXEE332YJSN | deposit | BANK | USD | N/A | 10000 | 10000 | 1 |
| 2021-11-17 02:16:56.455209+00 | 3PXQXJGYFESS | Buy | TRADE | USDC | USD | 10000 | 10000 | 1 |
| 2021-11-17 03:16:27.41381+00 | RJ2RPV0R333T | Buy | TRADE | LTC | USD | 5 | 1115 | 223 |
| 2021-11-17 03:28:41.591675+00 | 4J9EPVJH777E | deposit | BANK | USD | N/A | 20000 | 20000 | 1 |
| 2021-11-17 03:28:57.072394+00 | T4JGS1V169BB | Buy | TRADE | USDC | USD | 20000 | 20000 | 1 |
| 2021-11-17 17:24:44.761541+00 | QQF2PFSA55TK | deposit | BANK | USD | N/A | 10000 | 10000 | 1 |
| 2021-11-18 02:57:22.948655+00 | NMN1STH4ST2H | Buy | TRADE | USDC | USD | 10000.32 | 10000.32 | 1 |
| 2021-11-18 17:11:39.090007+00 | XYXRH9Y3794Y | Buy | TRADE | ETH | USD | 1 | 4000 | 4000 |
| 2021-11-18 22:59:27.763611+00 | 72JQJPS51FAS | Buy | TRADE | BTC | USD | 0.02 | 1140 | 57000 |
| 2021-11-18 22:59:33.673452+00 | KP4NJ036WVRH | Buy | TRADE | BTC | USD | 0.02 | 1140 | 57000 |
| 2021-11-19 02:52:22.308391+00 | C2YFG13D9DYZ | Buy | TRADE | BTC | USD | 0.0021 | 118.65 | 56500 |
| 2021-11-20 04:13:56.668461+00 | CXR4QH9DT36T | deposit | BANK | USD | N/A | 3000 | 3000 | 1 |
| 2021-11-20 04:16:34.187026+00 | DGKRK4T6Y5J0 | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2021-11-20 08:39:28.906948+00 | J6QYGYZ6GJ59 | Sell | TRADE | ETH | USD | 1 | 4266 | 4266 |
| 2021-11-23 02:22:31.173441+00 | H596YXJS6T3X | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-11-23 09:38:04.642365+00 | NJB6PJS1WMPP | Buy | TRADE | BTC | USD | 0.04 | 2240 | 56000 |
| 2021-11-26 08:17:51.803596+00 | 6PF19AM0WH6Z | Buy | TRADE | LTC | USD | 10 | 2050 | 205 |
| 2021-11-26 08:27:13.416694+00 | BFERHBDA2A94 | Buy | TRADE | DOGE | USD | 5000 | 1000 | 0.2 |
| 2021-11-26 12:03:11.499584+00 | WD6SSFGAMA2R | Buy | TRADE | ETH | USD | 1.87 | 7480 | 4000 |
| 2021-11-27 12:41:25.156966+00 | RVT764D7PB1M | deposit | BANK | USD | N/A | 3000 | 3000 | 1 |
| 2021-11-28 02:35:16.658364+00 | 6RYZ6PBN2VED | Buy | TRADE | LTC | USD | 14 | 2660 | 190 |
| 2021-11-28 02:53:46.69377+00 | 99CCWKSCHX2T | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-11-28 03:43:05.551923+00 | S7WQEHSTBBZJ | Buy | TRADE | LTC | USD | 1.4465 | 274.84 | 190 |
| 2021-11-28 18:43:35.365706+00 | D30VAF9Q9PX8 | Buy | TRADE | ETH | USD | 1.25 | 5000 | 4000 |
| 2021-12-01 07:37:58.084242+00 | 256ZD4KJT33V | deposit | INTEREST | BTC | N/A | 0.00022091 | 12.58 | 56967.08 |
| 2021-12-01 14:43:52.647548+00 | 7WG919C0VXC8 | deposit | INTEREST | USDC | N/A | 1831.911873 | 1831.91 | 1 |
| 2021-12-01 20:03:30.301586+00 | ZT3J8WJBMTVT | deposit | INTEREST | SHIB | N/A | 1155503.286 | 52.88 | 0.00004576 |
| 2021-12-01 23:26:50.325365+00 | RWRMJGT1RKEE | deposit | INTEREST | LTC | N/A | 0.01716065 | 3.66 | 213.03 |
| 2021-12-02 01:16:36.636594+00 | PJZ6DYY0DMXC | deposit | BANK | USD | N/A | 5000 | 5000 | 1 |
| 2021-12-02 22:11:09.561781+00 | Q9GPKGTX9AS3 | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-12-03 20:19:22.347387+00 | 229V9EWF7XDE | Buy | TRADE | BTC | USD | 0.05 | 2625 | 52500 |
| 2021-12-03 20:22:17.289236+00 | 44RGW6PDAAS1 | Sell | TRADE | ETH | USD | 3.12213 | 12885.03 | 4127 |
| 2021-12-03 21:40:07.140905+00 | WXRHWYPWB1SG | Sell | TRADE | USDC | USD | 15000 | 15000 | 1 |
| 2021-12-04 03:29:09.985018+00 | 3D7R4P9GBDDX | Sell | TRADE | USDC | USD | 25000 | 25000 | 1 |
| 2021-12-04 03:29:43.739869+00 | NR4Y175THRJK | Sell | TRADE | USDC | USD | 25000 | 25000 | 1 |
| 2021-12-04 05:03:23.175469+00 | TAYHBZSQM8NQ | Buy | TRADE | ETH | USD | 15 | 59850 | 3990 |
| 2021-12-04 05:22:36.708549+00 | CG1BP93M31NE | Buy | TRADE | DOGE | USD | 39000 | 6240 | 0.16 |
| 2021-12-04 05:26:39.132744+00 | 6S2WRG4919V8 | Buy | TRADE | BTC | USD | 0.001 | 45 | 45000 |
| 2021-12-04 05:41:46.340102+00 | BG0P509W7G63 | Buy | TRADE | LTC | USD | 1 | 150 | 150 |
| 2021-12-04 05:49:56.309176+00 | TPJKA5J27PNJ | deposit | BANK | USD | N/A | 3000 | 3000 | 1 |
| 2021-12-04 07:10:52.815869+00 | 49GF44KPZZQ3 | Buy | TRADE | LTC | USD | 4 | 600 | 150 |
| 2021-12-05 16:15:08.845846+00 | FV85WZTNR251 | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-12-06 06:49:36.24081+00 | P30B4G8XD66E | Buy | TRADE | VGX | USD | 200 | 760 | 3.8 |
| 2021-12-06 09:36:24.691283+00 | 8WB2DWE816YZ | Buy | TRADE | ETH | USD | 2 | 7980 | 3990 |
| 2021-12-06 11:12:09.877573+00 | PR2XYNQ40Z7Z | Buy | TRADE | AMP | USD | 5100 | 249.9 | 0.049 |
| 2021-12-06 19:01:13.182542+00 | XQYC3J88FN4D | Sell | TRADE | ETH | USD | 17 | 70720 | 4160 |
| 2021-12-09 15:27:43.673331+00 | 0DJ4QRSCMFTH | Buy | TRADE | ETH | USD | 19 | 79800 | 4200 |
| 2021-12-09 15:56:51.94588+00 | KHFC361CV6SN | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-12-09 20:05:00.187246+00 | WA52KZNA91GA | Buy | TRADE | VGX | USD | 200 | 730 | 3.65 |
| 2021-12-10 07:48:10.714002+00 | 3Z7C69B81EKF | Buy | TRADE | ETH | USD | 0.2 | 818 | 4090 |
| 2021-12-10 07:53:06.307318+00 | JPN8V17SBXT6 | Sell | TRADE | USDC | USD | 4373 | 4373 | 1 |

| Timestamp | ID | Type | Category | Asset | Currency | Amount | Value | Price |
|---|---|---|---|---|---|---|---|---|
| 2021-12-10 16:18:08.04056+00 | F4GZX4RG3QTQ | Buy | TRADE | ETH | USD | 1.1 | 4389 | 3990 |
| 2021-12-10 16:19:31.329997+00 | AA8B4ZX1HYYS | Buy | TRADE | VGX | USD | 58 | 200.1 | 3.45 |
| 2021-12-15 00:50:44.828152+00 | Z66WGNY1ZPQZ | deposit | BANK | USD | N/A | 3000 | 3000 | 1 |
| 2021-12-15 00:53:20.285894+00 | S2WMZF34M22Q | Buy | TRADE | USDC | USD | 3000 | 3000 | 1 |
| 2021-12-16 00:58:34.874984+00 | PC9SF4CMSXPQ | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-12-16 01:34:45.187239+00 | PEQFME18PWTF | Buy | TRADE | USDC | USD | 695.37 | 695.37 | 1 |
| 2021-12-19 20:37:36.774954+00 | THC1T8MDERVM | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2021-12-19 22:18:57.432034+00 | DC1NDZ53QVBF | Buy | TRADE | USDC | USD | 240 | 240 | 1 |
| 2021-12-20 03:19:37.868136+00 | P2RGRCR3J9W7 | Buy | TRADE | VGX | USD | 3.5 | 10.68 | 3.05 |
| 2021-12-20 03:19:38.160118+00 | 2Y7J6SRJB41P | Buy | TRADE | VGX | USD | 100 | 305 | 3.05 |
| 2021-12-29 12:29:20.788725+00 | KAVMW5ZXEKC1 | Buy | TRADE | ETH | USD | 0.1 | 375 | 3750 |
| 2022-01-01 07:39:45.331954+00 | 5MXX1G84GFC9 | deposit | INTEREST | BTC | N/A | 0.00071082 | 33.37 | 46946.18 |
| 2022-01-01 09:39:04.945643+00 | 4G5GB7DNKH47 | deposit | INTEREST | ETH | N/A | 0.059956623 | 221.84 | 3699.95 |
| 2022-01-01 11:01:01.945687+00 | TE8FCYA35F5N | deposit | INTEREST | DOGE | N/A | 65.43190883 | 11.19 | 0.171 |
| 2022-01-01 12:48:01.628318+00 | RHP10HTB5S95 | deposit | INTEREST | LTC | N/A | 0.10169236 | 14.97 | 147.19 |
| 2022-01-01 14:45:34.427667+00 | 9Z7SP56FC2AW | deposit | INTEREST | USDC | N/A | 1554.729004 | 1554.73 | 1 |
| 2022-01-01 19:40:45.55056+00 | TM472K70CPZP | deposit | ADMIN | ETH | N/A | 0.00651 | 24.33 | 3736.91 |
| 2022-01-01 19:40:46.599579+00 | CA3G3NDBNKFW | deposit | ADMIN | USDC | N/A | 86.37 | 86.37 | 1 |
| 2022-01-01 19:40:47.176864+00 | 5DA2VG3J2M85 | deposit | ADMIN | BTC | N/A | 0.000061 | 2.89 | 47330.06 |
| 2022-01-01 19:48:25.103157+00 | HN3HR7XRX57Q | deposit | INTEREST | SHIB | N/A | 1447786.654 | 48.75 | 0.00003367 |
| 2022-01-01 22:46:13.7365+00 | 7F89K9XBRHQD | deposit | INTEREST | VGX | N/A | 2.21224462 | 6.66 | 3.011 |
| 2022-01-05 05:03:12.389581+00 | 62B5SWN80F7G | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-05 05:04:12.442515+00 | YD4B582C3TYV | Buy | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2022-01-05 05:05:12.411685+00 | H6KN3G1C4YYV | Buy | TRADE | USDC | USD | 107 | 107 | 1 |
| 2022-01-05 22:00:02.948394+00 | 8BA3ZQVWJ49J | Buy | TRADE | VGX | USD | 100 | 278 | 2.78 |
| 2022-01-09 05:41:45.384139+00 | 8VSDFHQ3E4S1 | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-10 14:20:27.859399+00 | CC856AP72330 | Buy | TRADE | ETH | USD | 0.7 | 2093 | 2990 |
| 2022-01-11 02:47:39.544753+00 | 6DCV77ZQXHNQ | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-17 21:28:50.170925+00 | 5KHPWXDVTZ39 | Buy | TRADE | BTC | USD | 0.024 | 1008 | 42000 |
| 2022-01-18 10:29:26.030369+00 | N12MD1ZHWHPF | Buy | TRADE | AMP | USD | 7800 | 312 | 0.04 |
| 2022-01-19 02:33:21.387194+00 | RK0HVPQ9G40E | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-19 02:34:15.445441+00 | 77G7C88HGY92 | Buy | TRADE | USDC | USD | 1004 | 1004 | 1 |
| 2022-01-19 02:35:40.284875+00 | ZRG7HCWNE45R | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-19 02:41:28.963761+00 | GSQRCS4D96MX | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-20 21:13:04.352294+00 | XZRF5YXQJ4R1 | Buy | TRADE | VGX | USD | 350 | 787.5 | 2.25 |
| 2022-01-20 21:13:08.048762+00 | DRAW99WB9W1E | Buy | TRADE | VGX | USD | 90 | 201.6 | 2.24 |
| 2022-01-20 22:48:17.847165+00 | X3CJA8DDYN0F | Buy | TRADE | BTC | USD | 0.000265 | 10.87 | 41000 |
| 2022-01-21 03:29:33.281317+00 | 43FEVX1VXM5N | Buy | TRADE | SHIB | USD | 38000000 | 988 | 0.000026 |
| 2022-01-21 03:40:51.901028+00 | 3CQN4RJY0M80 | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-01-21 12:37:50.316767+00 | F67Y664Z0TCP | Buy | TRADE | SHIB | USD | 10050000 | 250.25 | 0.0000249 |
| 2022-01-21 12:42:22.51693+00 | 53XYK6A823H1 | Buy | TRADE | LTC | USD | 1 | 119 | 119 |
| 2022-01-22 09:49:33.640606+00 | CSA6V9QXD5HF | Buy | TRADE | DOGE | USD | 10000 | 1290 | 0.129 |
| 2022-01-22 10:08:15.395607+00 | 1EEMBHJ0EEJ2 | Buy | TRADE | LTC | USD | 1.15 | 115 | 100 |
| 2022-01-29 01:53:05.95546+00 | SHH98C8GMTFQ | Buy | TRADE | USDC | USD | 225.79 | 225.79 | 1 |
| 2022-01-29 02:11:08.76722+00 | ERCVJFKBT2WG | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-01-29 02:11:41.78421+00 | 17N675QVP71P | Buy | TRADE | USDC | USD | 200 | 200 | 1 |
| 2022-02-01 14:20:36.109386+00 | ZMGXD652MQMX | deposit | INTEREST | USDC | N/A | 1521.99571 | 1522 | 1 |
| 2022-02-01 18:39:54.79455+00 | BG42V06MXPA8 | deposit | INTEREST | VGX | N/A | 4.68790514 | 9.17 | 1.957 |
| 2022-02-01 20:19:26.887112+00 | VRMJ77A8AS9M | deposit | INTEREST | BTC | N/A | 0.00065313 | 25.14 | 38491.49 |
| 2022-02-01 22:36:09.885083+00 | R33X0NNVV0ME | deposit | INTEREST | LTC | N/A | 0.09066633 | 9.99 | 110.22 |
| 2022-02-01 23:03:11.355525+00 | M3ZKE25XHTWG | deposit | INTEREST | DOGE | N/A | 39.38162531 | 5.61 | 0.1425 |
| 2022-02-02 06:57:45.360809+00 | 2S8VB1PK2A8M | deposit | ADMIN | USDC | N/A | 84.55 | 84.55 | 1 |
| 2022-02-02 06:57:45.96109+00 | F071RX6228XS | deposit | ADMIN | BTC | N/A | 0.000068 | 2.6 | 38228.7 |
| 2022-02-02 23:28:14.374486+00 | YRTYR5A8T7CR | deposit | INTEREST | ETH | N/A | 0.074157268 | 200.64 | 2705.56 |
| 2022-02-03 03:44:35.340238+00 | 7104GABK00A7 | deposit | INTEREST | SHIB | N/A | 738008.6255 | 15.52 | 0.00002103 |
| 2022-02-03 17:18:01.831345+00 | F6ES8N85F9CJ | deposit | ADMIN | ETH | N/A | 0.00872 | 22.74 | 2607.68 |
| 2022-02-03 22:53:12.066461+00 | E2ZJCS4CDMEH | deposit | BANK | USD | N/A | 4200 | 4200 | 1 |
| 2022-02-03 22:54:13.362976+00 | Y0ZR67YJ0396 | Buy | TRADE | USDC | USD | 4200 | 4200 | 1 |
| 2022-02-03 23:01:06.160939+00 | E16T6ND9HZB6 | deposit | BANK | USD | N/A | 15.54 | 15.54 | 1 |
| 2022-02-03 23:01:30.678268+00 | R2NVR5GNKG0W | Buy | TRADE | USDC | USD | 15.54 | 15.54 | 1 |
| 2022-02-09 00:28:31.20155+00 | FPZE98TBKDSZ | deposit | BANK | USD | N/A | 50000 | 50000 | 1 |
| 2022-02-09 00:29:12.015121+00 | H1NVJN2S7RK4 | Buy | TRADE | USDC | USD | 50000 | 50000 | 1 |
| 2022-02-14 22:19:59.194014+00 | FPXB0Z0DM1V3 | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2022-02-14 22:21:59.705115+00 | TC752035SS16 | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2022-02-14 22:23:36.931039+00 | K3KZGKHWYT81 | Buy | TRADE | USDC | USD | 2500 | 2500 | 1 |

| Timestamp | ID | Type | Category | Asset | Base | Amount | Value | Rate |
|---|---|---|---|---|---|---|---|---|
| 2022-02-15 00:39:13.958662+00 | 9CRT4H5GXR50 | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2022-02-15 00:40:23.286536+00 | 6Q7401PVXRXV | Buy | TRADE | USDC | USD | 2500 | 2500 | 1 |
| 2022-02-23 00:07:04.86679+00 | 8MD8FPZ5X0WV | deposit | BANK | USD | N/A | 2500 | 2500 | 1 |
| 2022-02-23 00:11:26.830188+00 | ZZJGTRW8DF59 | Buy | TRADE | USDC | USD | 2500 | 2500 | 1 |
| 2022-03-01 12:23:39.49318+00 | RHKNPHZSGGFG | deposit | INTEREST | USDC | N/A | 1847.052462 | 1847.05 | 1 |
| 2022-03-01 14:51:03.323414+00 | 5JD196CW86ER | deposit | INTEREST | VGX | N/A | 6.46469089 | 11.71 | 1.811 |
| 2022-03-01 17:15:51.390025+00 | J2KHBGXNZYG5 | deposit | INTEREST | BTC | N/A | 0.00070874 | 30.8 | 43456.75 |
| 2022-03-01 18:52:27.911011+00 | 68WDDBN3HPD6 | deposit | INTEREST | ETH | N/A | 0.075236048 | 219.57 | 2918.36 |
| 2022-03-01 19:38:56.063879+00 | CDZJKFAP5F3F | deposit | INTEREST | LTC | N/A | 0.09462697 | 10.65 | 112.51 |
| 2022-03-01 20:43:20.388051+00 | AH5RS7M508SW | deposit | INTEREST | DOGE | N/A | 45.32900867 | 6 | 0.1324 |
| 2022-03-02 00:06:26.59541+00 | BC2EZ7F3M26B | deposit | INTEREST | SHIB | N/A | 765721.658 | 19.8 | 0.00002586 |
| 2022-03-02 08:25:22.055559+00 | 1DAX1J8Z7VA5 | deposit | ADMIN | VGX | N/A | 55.43 | 101.82 | 1.837 |
| 2022-03-02 08:25:22.634891+00 | BQJFRSKRRKWF | deposit | ADMIN | VGX | N/A | 1.79 | 3.29 | 1.837 |
| 2022-03-02 08:25:23.058321+00 | Y142YB2CKYPS | deposit | ADMIN | VGX | N/A | 14.2 | 26.09 | 1.837 |
| 2022-03-07 01:03:58.679801+00 | Z5SAZW103H81 | deposit | BANK | USD | N/A | 652.94 | 652.94 | 1 |
| 2022-03-07 01:07:49.039097+00 | E3RNQ7272279 | Buy | TRADE | USDC | USD | 652.94 | 652.94 | 1 |
| 2022-03-30 01:03:50.091557+00 | N5TZX4VYA4XG | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-03-30 01:13:22.589509+00 | NB979N3B7H0B | Buy | TRADE | USDC | USD | 100 | 100 | 1 |
| 2022-04-01 10:06:52.160646+00 | 38MT6YFZXEBR | deposit | INTEREST | BTC | N/A | 0.00060671 | 27.2 | 44828.19 |
| 2022-04-01 12:14:45.751318+00 | BNM6NYJHQXRM | deposit | INTEREST | LTC | N/A | 0.07905333 | 9.68 | 122.41 |
| 2022-04-01 12:37:39.66993+00 | CR9T5MCE0221 | deposit | INTEREST | DOGE | N/A | 22.6833682 | 3.07 | 0.1353 |
| 2022-04-01 16:34:08.929207+00 | XAHEP2TC408H | deposit | INTEREST | USDC | N/A | 2023.471548 | 2023.47 | 1 |
| 2022-04-01 19:33:39.115129+00 | VCD4R057F3Y4 | deposit | INTEREST | VGX | N/A | 6.89189994 | 12.63 | 1.832 |
| 2022-04-01 21:47:50.076454+00 | V86776YH27XK | deposit | INTEREST | ETH | N/A | 0.075515982 | 246.56 | 3265.01 |
| 2022-04-02 02:02:56.485567+00 | 0DJ1BQ0Q67YF | deposit | INTEREST | SHIB | N/A | 766384.4852 | 19.34 | 0.00002523 |
| 2022-04-03 14:36:31.50115+00 | TM1P6GJJM9R3 | deposit | ADMIN | VGX | N/A | 1.88 | 3.4 | 1.807 |
| 2022-04-03 14:36:32.020354+00 | N1HJXXDF4DT3 | deposit | ADMIN | VGX | N/A | 16.1 | 29.09 | 1.807 |
| 2022-04-03 14:36:32.468343+00 | R6HXWD9RAG34 | deposit | ADMIN | VGX | N/A | 62.31 | 112.59 | 1.807 |
| 2022-04-04 08:50:49.41083+00 | MFNX71SD239N | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-04-07 00:59:26.761644+00 | B5KE19454ZQ3 | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-04-11 02:46:49.319388+00 | X1DX4GP4CA2F | Buy | TRADE | LTC | USD | 0.45 | 49.05 | 109 |
| 2022-04-11 15:51:39.743062+00 | H8WNXYXY2K9J | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-04-11 20:14:39.461925+00 | 87QP6PH6T7J8 | Buy | TRADE | VGX | USD | 102.14 | 152.19 | 1.49 |
| 2022-04-11 21:35:16.999019+00 | JT8WDR7A0YVQ | Buy | TRADE | SOL | USD | 0.25 | 25 | 100 |
| 2022-04-12 01:26:28.13562+00 | KF5335FZD5DS | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-04-14 01:14:39.421798+00 | VNKSCSDKYY32 | deposit | BANK | USD | N/A | 150 | 150 | 1 |
| 2022-04-14 15:59:39.963075+00 | 6GDYWEQBMSTV | Buy | TRADE | VGX | USD | 112.58 | 165.49 | 1.47 |
| 2022-04-16 01:21:16.607693+00 | SGE9R442WRHJ | withdrawal | BANK | USD | N/A | 458.26 | 458.26 | 1 |
| 2022-04-16 19:12:07.232734+00 | NYK0VWKPP3JP | Sell | TRADE | USDC | USD | 1000 | 1000 | 1 |
| 2022-04-16 19:44:32.695357+00 | 54M3XXRV3TXX | withdrawal | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-04-19 01:40:44.876191+00 | 1HJRC1QTNZQ0 | Sell | TRADE | USDC | USD | 123 | 123 | 1 |
| 2022-04-20 10:22:53.232881+00 | YB97X4BN09JG | Sell | TRADE | SOL | USD | 0.25 | 26.88 | 107.5 |
| 2022-04-21 09:18:34.234203+00 | TP3S89HWAAGW | deposit | BANK | USD | N/A | 200 | 200 | 1 |
| 2022-04-21 22:20:21.089127+00 | BYXWQSJSJV17 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-04-22 01:16:41.134625+00 | WWF528M1QXC1 | Buy | TRADE | USDC | USD | 56.72 | 56.72 | 1 |
| 2022-04-22 01:17:51.021294+00 | Y3BPVHQCR5RG | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2022-04-22 01:18:09.010963+00 | 4ST149WTWY5C | Buy | TRADE | USDC | USD | 500 | 500 | 1 |
| 2022-04-22 01:20:30.628766+00 | 6JJ5HRHQNM5N | Buy | TRADE | USDC | USD | 99.4 | 99.4 | 1 |
| 2022-04-22 01:25:02.384283+00 | ZDS7FS7B0QHR | Buy | TRADE | USDC | USD | 26.88 | 26.88 | 1 |
| 2022-04-22 01:26:02.252943+00 | 99YHCEQS1XF7 | deposit | BANK | USD | N/A | 320 | 320 | 1 |
| 2022-04-22 01:26:22.645947+00 | 7WHNKWKPSXDF | Buy | TRADE | USDC | USD | 320 | 320 | 1 |
| 2022-04-23 03:09:52.026703+00 | AS5C0QHQDAW5 | Buy | TRADE | VGX | USD | 190.6 | 266.84 | 1.4 |
| 2022-04-23 19:24:09.850703+00 | ED2QAK1GTXEK | deposit | BANK | USD | N/A | 50 | 50 | 1 |
| 2022-04-24 17:19:02.561518+00 | SAWK5J671KKT | Sell | TRADE | USDC | USD | 300 | 300 | 1 |
| 2022-04-24 17:23:18.964668+00 | FZGAZHV7KQZC | Buy | TRADE | AMP | USD | 1000 | 21.9 | 0.0219 |
| 2022-04-24 17:23:19.28326+00 | C59JYMGVG7S3 | Buy | TRADE | AMP | USD | 10000 | 219 | 0.0219 |
| 2022-04-24 17:28:29.805339+00 | 9B1XZN0Y75KD | Sell | TRADE | USDC | USD | 200 | 200 | 1 |
| 2022-04-24 17:30:06.161712+00 | ZVXA7VYFYRDP | Sell | TRADE | USDC | USD | 250 | 250 | 1 |
| 2022-04-24 23:02:02.069076+00 | 1TK9K199WHFY | Buy | TRADE | VGX | USD | 185.1 | 259.14 | 1.4 |
| 2022-04-25 01:24:42.185858+00 | P6A72WQZTERZ | Sell | TRADE | USDC | USD | 250 | 250 | 1 |
| 2022-04-25 20:48:37.20357+00 | C8JBPEXYX6SB | deposit | BANK | USD | N/A | 1000 | 1000 | 1 |
| 2022-04-25 21:45:21.518474+00 | 37Z891RQVPBW | Buy | TRADE | USDC | USD | 500 | 500 | 1 |
| 2022-04-25 23:24:15.904582+00 | 72ZKRHC05A7K | Buy | TRADE | USDC | USD | 185 | 185 | 1 |
| 2022-04-29 01:41:02.609142+00 | GD0RRNCGNXDJ | Buy | TRADE | USDC | USD | 33.12 | 33.12 | 1 |
| 2022-04-29 10:43:43.404354+00 | S249SAPCPX5Z | Buy | TRADE | AMP | USD | 15360 | 314.88 | 0.0205 |

| Timestamp | ID | Type | Category | Asset | Currency | Amount | Value | Rate |
|---|---|---|---|---|---|---|---|---|
| 2022-04-30 18:12:41.604842+00 | RYWB479N6NZ1 | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-04-30 18:13:02.622562+00 | J297ZETE0CVB | Buy | TRADE | USDC | USD | 300 | 300 | 1 |
| 2022-04-30 23:04:37.832143+00 | W2XCXA4Q3FFX | Buy | TRADE | LTC | USD | 5 | 490 | 98 |
| 2022-05-01 00:10:31.250061+00 | SJBJVQ9SNVJK | Sell | TRADE | USDC | USD | 200 | 200 | 1 |
| 2022-05-01 01:35:56.174978+00 | 7ANKE9519CWV | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-01 09:31:58.375728+00 | YDZKD2T136G8 | deposit | INTEREST | USDC | N/A | 2038.014956 | 2038.01 | 1 |
| 2022-05-01 11:41:04.088245+00 | 1T0FCXET7KYZ | deposit | INTEREST | VGX | N/A | 8.58335728 | 9.53 | 1.11 |
| 2022-05-01 13:53:43.431945+00 | QD1GJ101RF91 | deposit | INTEREST | BTC | N/A | 0.00045845 | 17.4 | 37959.54 |
| 2022-05-01 16:30:23.037451+00 | 35RCSQXTC958 | deposit | INTEREST | ETH | N/A | 0.066867455 | 185.68 | 2776.87 |
| 2022-05-01 20:12:01.100959+00 | BGVG4SCF7Q8P | deposit | INTEREST | DOGE | N/A | 22.69311382 | 2.98 | 0.1314 |
| 2022-05-02 00:19:16.151467+00 | QEQMQKZKKT7Q | deposit | INTEREST | SHIB | N/A | 383510.8649 | 8.02 | 0.00002092 |
| 2022-05-02 00:32:52.95602+00 | 0MC9P171F52R | deposit | INTEREST | LTC | N/A | 0.07981265 | 7.67 | 96.06 |
| 2022-05-02 04:06:40.512537+00 | RJD5RPKBDQVV | deposit | ADMIN | VGX | N/A | 2.53 | 2.91 | 1.15 |
| 2022-05-02 04:06:40.905086+00 | 9MQYGV2J994X | deposit | ADMIN | VGX | N/A | 22.19 | 25.52 | 1.15 |
| 2022-05-02 04:06:41.344388+00 | RKMY1G2HMCGT | deposit | ADMIN | VGX | N/A | 99.58 | 114.52 | 1.15 |
| 2022-05-02 06:46:26.292029+00 | Q8DRXY7NPZMD | deposit | BANK | USD | N/A | 300 | 300 | 1 |
| 2022-05-02 06:54:26.116069+00 | 74QG0HSBGJ42 | Buy | TRADE | USDC | USD | 15 | 15 | 1 |
| 2022-05-02 11:12:43.638983+00 | T74ZB2HCD54Q | Buy | TRADE | SOL | USD | 2.0455 | 180 | 88 |
| 2022-05-03 04:04:16.675012+00 | QWQ26DR3TZ6D | Buy | TRADE | USDC | USD | 180 | 180 | 1 |
| 2022-05-05 02:29:46.731766+00 | 26CQSMKK0H4C | Buy | TRADE | USDC | USD | 12 | 12 | 1 |
| 2022-05-05 18:24:59.031486+00 | MHYM9H1KPJN8 | Buy | TRADE | SHIB | USD | 12000000 | 240 | 0.00002 |
| 2022-05-05 22:28:06.202172+00 | FBYNY2J6G4M3 | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-06 02:44:16.737329+00 | J40TM854YMCV | Buy | TRADE | USDC | USD | 100 | 100 | 1 |
| 2022-05-06 14:41:14.380587+00 | BYNY2J6G4M3R | deposit | REVERSAL | USD | N/A | 100 | 100 | 1 |
| 2022-05-06 17:34:31.699517+00 | M1N5QKSQRV2M | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-08 13:30:38.952358+00 | SSSW0YXB2KGK | deposit | BANK | USD | N/A | 500 | 500 | 1 |
| 2022-05-08 13:33:33.520709+00 | 69SMSETG76ME | Buy | TRADE | USDC | USD | 255 | 255 | 1 |
| 2022-05-10 02:38:12.060041+00 | T2BDVNTF2VPE | Buy | TRADE | USDC | USD | 245 | 245 | 1 |
| 2022-05-12 14:13:02.800938+00 | 2DV0W7REA0B3 | deposit | BANK | USD | N/A | 400 | 400 | 1 |
| 2022-05-12 14:13:45.827942+00 | 1EBHYKNS00KP | Buy | TRADE | USDC | USD | 400 | 400 | 1 |
| 2022-05-14 02:05:21.539764+00 | 5QTT6QY9P7Q6 | deposit | BANK | USD | N/A | 184 | 184 | 1 |
| 2022-05-14 02:06:01.089754+00 | V1VNV1KD3NJQ | Buy | TRADE | USDC | USD | 184 | 184 | 1 |
| 2022-05-16 01:29:23.520416+00 | CWDKJ0HKCKQR | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-16 01:50:56.878912+00 | WDM6SECC15S5 | Buy | TRADE | USDC | USD | 100 | 100 | 1 |
| 2022-05-17 05:49:59.70652+00 | XATQ85JJEM6J | deposit | BANK | USD | N/A | 25 | 25 | 1 |
| 2022-05-22 01:15:41.459947+00 | YETMNZPMR2PA | deposit | BANK | USD | N/A | 100 | 100 | 1 |
| 2022-05-22 11:45:11.872083+00 | GSGN7FVZR3F8 | deposit | BANK | USD | N/A | 650 | 650 | 1 |
| 2022-05-22 11:45:31.370235+00 | QY44FYK6K3QV | Buy | TRADE | USDC | USD | 654.6 | 654.6 | 1 |
| 2022-06-01 07:37:49.866127+00 | 2YYYY3C9BYWB | deposit | INTEREST | DOGE | N/A | 22.70257931 | 1.95 | 0.0857 |
| 2022-06-01 09:20:49.057872+00 | G3Z9JMWG4WFZ | deposit | INTEREST | SHIB | N/A | 387875.1885 | 4.52 | 0.00001166 |
| 2022-06-01 10:00:18.408104+00 | H8Q7SJRXDKZC | deposit | INTEREST | ETH | N/A | 0.078662033 | 152.23 | 1935.28 |
| 2022-06-01 11:09:01.055727+00 | 8CCX6K7BHHWJ | deposit | INTEREST | VGX | N/A | 11.59943085 | 12.5 | 1.078 |
| 2022-06-01 12:59:49.116766+00 | DH8G2CMKN05A | deposit | INTEREST | BTC | N/A | 0.00048977 | 15.46 | 31558.8 |
| 2022-06-01 14:01:14.580881+00 | W74WGWH2AHZ1 | deposit | INTEREST | LTC | N/A | 0.0907341 | 6.21 | 68.43 |
| 2022-06-01 21:28:17.060427+00 | K9WCRGR9XM14 | deposit | INTEREST | USDC | N/A | 1588.612646 | 1588.61 | 1 |
| 2022-06-02 08:20:37.204084+00 | G2R2QWXE2V7X | deposit | ADMIN | VGX | N/A | 135.93 | 123.97 | 0.912 |