# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 22-cv-9590

SHAUN ROBERTS and KEN
SHEPPARD, Individually and on Behalf
of All Others Similarly Situated,

      Plaintiffs,

v.

STEPHEN EHRLICH, GERARD
HANSHE, DAVID BROSGOL, JANICE
BARRILLEAUX, PHILIP EYTAN,
JARRETT LILIEN, and BRIAN BROOKS,

      Defendants.

_____/

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, Katharine Sugrue, hereby declare as follows:

    1.    I have reviewed the complaint in this matter and have authorized The Moskowitz Law Firm PLLC and Boies Schiller Flexner LLP to file a complaint on my behalf.

    2.    I did not purchase any of the securities that are the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

    3.    I am willing to serve as a representative party on behalf of a class, including providing testimony and trial, if necessary.

    4.    My purchase history is set forth in the documents attached hereto as **Exhibit A**.

    5.    I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws.

DocuSign Envelope ID: B9EA8135-6A86-4EE2-9B2E-D101CB99638A
Case 1:22-cv-09590-PKC  Document 20-8  Filed 01/10/23  Page 3 of 7

CASE NO.: 22-cv-9590

6. I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the Court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge and belief.

Executed on 1/6/2023.

By: *Kate Sugrue*
E670E81D5B104DE...

Print: Katharine Sugrue

# Exhibit A

12:33

# BTC Received Details

| | |
|---|---|
| Type | Source |
| Crypto Received | Blockchain |
| Amount | Cleared On |
| 10.026485 BTC | Sep 6, 02:14 PM |
| Status | Confirmation |
| Complete | |
| To | |
| Voyager | |
| From | |

# Portfolio

**Total Value**

# $176,696.09  -$346,693.90  Total Return

## Asset Allocation

99.6% BTC    0.4% OTHER

View Orders and Transfers  >

| Cash | Balance | Available |
|---|---|---|
| USD | $0.00 | $0.00 |

| Positions | Quantity | Value |
|---|---|---|
| BTC<br>Bitcoin | 10.380402 | $176,098.43 |
| DOT<br>Polkadot | 29.592 | $137.89 |
| VET | 870.8 | $14.24 |

Market | Portfolio | Debit | Menu

12:31

# History

Refresh

Orders | Transfers

Completed

| Reward | |
|---|---|
| 01/01/2022 | +0.276 DOT |

| Reward | |
|---|---|
| 12/31/2021 | +0.048686 BTC |

| Reward | |
|---|---|
| 12/01/2021 | +0.274 DOT |

| Reward | |
|---|---|
| 11/30/2021 | +0.048454 BTC |

| Reward | |
|---|---|
| 11/01/2021 | +0.271 DOT |

| Reward | |
|---|---|
| 11/01/2021 | +0.048224 BTC |

| Reward | |
|---|---|
| 10/01/2021 | +0.038436 BTC |

| Deposit | |
|---|---|
| 09/18/2021 | +0.000521 BTC |

| Deposit | |
|---|---|
| 09/16/2021 | +2100.00 USD |

| Crypto Received | |
|---|---|
| 09/06/2021 | +10.026485 BTC |