UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x
SHAUN ROBERTS and KEN SHEPPARD,
Individually and on Behalf of
All Others Similarly Situated,

                Plaintiffs,

     -against-                              22-cv-9590 (PKC)

                                            ORDER

STEPHEN EHRLICH, GERARD HANSHE,
DAVID BROSGOL, JANICE BARRILLEAUX,
PHILIP EYTAN, JARRETT LILIEN,
And BRIAN BROOKS,

                Defendants
───────────────────────────────── x

CASTEL, U.S.D.J.

       The Court has examined the submissions of the remaining contestants in the battle for appointment of lead plaintiff or plaintiffs. There will be a hearing on the motions on April 19, 2023 at 2:30 pm in Courtroom 11D.

       SO ORDERED.

Dated: New York, New York
       March 16, 2023

                                                P. Kevin Castel
                                        United States District Judge