UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHAUN ROBERTS and KEN SHEPPARD,
Individually and on Behalf of All Others
Similarly Situated,

                                      Plaintiffs,

                                                                                22-cv-9590 (PKC)

              -against-                                                ORDER

STEPHEN EHRLICH, et al.,

                                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court this day has signed an Order preliminarily approving the proposed settlement of this action subject to the acceptance of a modification of the Notice to the Class. The modification to the Notice is to the last paragraph on page 4 carrying over to page 5; the revised language would read:

> Lead Counsel may apply to the Court for an award of attorneys' fees of up to 20% of the Settlement Fund (or $1,300,000), expenses of up to $40,000, and an award to the six individual Plaintiffs of up to a combined total of $60,000. If the Court were to make these awards in the full amount noted, then the Net Settlement Fund will be approximately $5,100,000. A Class Member's actual recovery will be a pro rata proportion of the Net Settlement Fund.

        Counsel shall confer and, if the change is acceptable to both sides, file with the Court by July 11, 2024 a letter so stating.

- 2 -

SO ORDERED.

_P. Kevin Castel_
P. Kevin Castel
United States District Judge

Dated: New York, New York,
July 2, 2024