# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUN ROBERTS and KEN SHEPPARD, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN EHRLICH, and EVAN PSAROPOULOS, <br><br> Defendants. | Case No. 1:22-cv-09590-PKC <br><br> CLASS ACTION <br><br><br> Judge: Hon. P. Kevin Castel <br> Date:   October 8, 2024 <br> Time:  2:00 PM |

**DECLARATION OF JAMES TAYLOR-COPELAND IN SUPPORT OF MOTIONS FOR (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (2) AWARD OF ATTORNEYS' FEES, PAYMENT OF LITIGATION EXPENSES, AND AWARD TO PLAINTIFFS FOR THEIR COSTS AND EXPENSES**

I, James Taylor-Copeland, declare as follows pursuant to 28 U.S.C. §1746:

1.      I am the founding partner of Taylor-Copeland Law. Taylor-Copeland Law, along with Scott+Scott Attorneys at Law LLP ("Scott+Scott"), was appointed Lead Counsel (together, "Lead Counsel") for Lead Plaintiffs Johnny Johnson, Eirian Johnson, and Ezra Boekweg in the above-captioned securities class action (the "Action").  I have personal knowledge of the matters set forth herein based on my participation in the prosecution and settlement of the claims asserted on behalf of the Settlement Class in this Action.

2.      I submit this declaration in support of: (1) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation ("Final Approval Motion"); and (2) Plaintiffs' and Lead Counsel's Motion for Award of Attorneys' Fees, Payment of Litigation Expenses, and Award to Plaintiffs for their Costs and Expenses ("Fee and Expense Motion").

3.      As Lead Counsel, my firm was involved in all aspects of the prosecution of this Action and its settlement. The procedural history of this case and the work performed by Lead Counsel in vigorously prosecuting this Action is set forth more fully in the Declaration of Sean T. Masson ("Masson Decl."). Taylor-Copeland Law was involved in numerous tasks, such as as: (a) conducting an extensive factual investigation of the events underlying Voyager's rise and subsequent bankruptcy; (b) conferring with Lead Plaintiffs; (c) reviewing and analyzing industry reports and comprehensive news reports, press releases, social media, and other media files concerning Voyager; (d) collecting and thoroughly reviewing transcripts of press conferences and analyst conference calls regarding Voyager; (e) reviewing publicly-filed documents in *In re: Voyager Digital Holdings, Inc.,* Case No. 22-10943-MEW (Bankr. S.D.N.Y.); (f) reviewing filings and adversarial complaints regarding Voyager in related bankruptcies; (g), reviewing complaints and filings in regulatory actions and investigations brought concerning Voyager; (h) preparing and

1

filing the initial complaint filed in this matter; (i) filing papers in support of Lead Plaintiffs' PSLRA appointment motion; (j) filing a detailed consolidated complaint and then a subsequent detailed amended complaint; (k) opposing Defendants' motions to dismiss; (l) engaging in extensive settlement negotiations with Settling Defendants' counsel and the mediator; and (m) formalizing the settlement and presenting it to the Court for approval.

4.      My firm billed the following aggregate hours to this matter as of the date of filing, with fees applied at the firms current billing rates.

| Timekeeper | Type | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| James Taylor-Copeland | Partner | 159.25 | $875 | $139,343.75 |
| Max Ambrose | Associate | 32 | $575 | $18,400 |
| Total | | 191.25 | | $157,743.75 |

5.      Attached as Exhibit A is a true and correct copy of Taylor-Copeland Law's firm resume.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on August 27, 2024.

s/ James Taylor-Copeland
James Taylor-Copeland

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically provide notice to all counsel of record.

*s/ Sean T. Masson*
Sean T. Masson

3

# **EXHIBIT A**

# Taylor-Copeland Law

501 W. Broadway Suite 800
San Diego, CA 92101
(619) 734-8770
www.taylorcopelandlaw.com

James Taylor-Copeland | 619 734 8770 | james@taylorcopelandlaw.com

## FIRM RESUME

Taylor-Copeland law focuses on helping aggrieved investors and shareholders and has successfully prosecuted several securities class actions on behalf of aggrieved investors. Taylor-Copeland Law has also helped aggrieved investors and shareholders recover millions of dollars in confidential settlements.

Taylor-Copeland Law was one of the first firms in the country to focus on blockchain and cryptocurrency litigation and is at the forefront of this rapidly developing area of law. It is focused on representing aggrieved investors and cryptocurrency users seeking to recover financial losses in what is often described as the "wild west."

The last decade has seen the explosive growth of blockchain technology and the value of digital assets. A blockchain is a decentralized digital ledger (such as Bitcoin or Ethereum) on which transactions (or other information) are recorded and added in chronological order. It allows participants to keep track of digital asset transactions (or information exchanges) without central record keeping. There are now thousands of different digital assets worth trillions of dollars. These assets use encryption techniques and consensus mechanisms to regulate the generation of units and to facilitate and verify the transfer of funds without the need for a centralized intermediary, like a bank.

Taking advantage of this rapid growth, many blockchain and cryptocurrency startups have attempted to skirt fundraising regulations by raising funds though the sale of unregistered securities, through various means, including token sales, digital financial products and initial coin offerings (ICO). In a token sale or ICO, tokens are sold to consumers in exchange for legal tender or other digital assets. These tokens generally give the purchaser various rights on the blockchain network and can resemble shares of a company sold to investors in an initial public offering. Unfortunately, these token sales have become a magnet for unscrupulous practices and fraud.

Taylor-Copeland Law focuses on helping aggrieved investors in digital assets, and in October 2017, filed *Baker v. Dynamic Ledger Solutions Inc.*, the first suit to allege that an ICO violated U.S. securities laws. This litigation ultimately resulted in a $25 million settlement on behalf of a class of all Tezos ICO purchasers. Since then, Taylor-Copeland Law has helped aggrieved investors and consumers recover millions of dollars in confidential settlements and is currently prosecuting several additional class actions on behalf of aggrieved investors.

## PROFESSIONALS

### James Taylor-Copeland, Principal Attorney

James Taylor-Copeland began his legal career working in the litigation and dispute resolution department of the large international firm Clifford Chance US LLP in Washington, D.C. James' practice as a litigator involved all aspects of civil litigation, including significant experience with multi-district litigation and cross-border issues. In 2015, James left Clifford Chance US LLP and joined Mintz Levin Cohn Ferris Glovsky and Popeo PC in San Diego, California, where he was a member of the firm's Institutional Investor Class Action Recovery group.

After working for years at two of the largest and best respected law firms in the country, James Taylor-Copeland founded Taylor-Copeland Law with the goal of providing the same high-quality representation to individuals and businesses looking for a more efficient approach to litigation. He is an experienced trial attorney who has represented individuals and businesses in federal and state courts throughout the United States. He focuses on cryptocurrency and blockchain, securities fraud, corporate mismanagement, consumer protection, employment, and complex commercial litigation.

*Education*

James obtained his Juris Doctorate from Georgetown University Law Center and an undergraduate degree in economics from Indiana University.

*Bar Admissions*

State of California; U.S. Court of Appeals for the Ninth Circuit; U.S. District Court, Northern District of California; U.S. District Court, Central District of California; U.S. District Court, Southern District of California U.S. District Court, Eastern District of California.

### Max Ambrose, Associate Attorney

Max Ambrose began his legal career counseling blockchain and cryptocurrency focused startups. He joined Taylor-Copeland Law as an associate in 2020. Max has experience providing clients with a wide range of legal services, including counseling technology businesses on matters of business formation, structure, intellectual property, and risk avoidance; and litigating cases in state court, federal court, and arbitration on matters involving complex securities class actions, breach of contract, breach of fiduciary duty, fraud, securities fraud, negligence, legal malpractice, employment law, and personal injury.

*Education*

Max obtained his Juris Doctorate *cum laude* from Gonzaga University School of Law and an undergraduate degree in Political Science from University of Arizona.

*Bar Admissions*

State of California; U.S. District Court, Northern District of California; U.S. District Court, Central District of California; U.S. District Court, Southern District of California.

## REPRESENTATIVE MATTERS

*Tezos ICO Cases*: *Baker v. Dynamic Ledger Solutions, Inc. et al.*
California Superior Court – County of San Francisco – Case No. CGC-17562144
- First case alleging that sale of pre-functional digital tokens through an initial coin offering (ICO) violated U.S. securities laws
- Obtained $25 million settlement on behalf of class of all Tezos token purchasers

*Jacob Zowie Thomas Rensel et. al. v. Centra Tech, Inc., et al.*
U.S. Dist. Ct. – Southern District of Florida – Case No. 1:17-cv-24500
- Appointed co-lead counsel in class action alleging that defendants violated the registration provisions of the Securities Act through the unregistered offer and sale of CTR Tokens to the general public
- Certified as class counsel and obtained a $33.4 million default judgment against defendant Centra Tech on behalf of the class

*John Hastings v. Unikrn, Inc., et al.*
Washington Superior Court – King County – Case No. 18-2-20303-6
- Securities class action alleging that Unikrn, Inc. violated the registration provisions of the Securities Act by offering unregistered UKG securities to the general public
- Defeated defendants' motion to compel arbitration in decision affirmed by the Court of Appeals
- Reached favorable resolution for Plaintiff

*In re Ripple Labs, Inc. Litigation.*
U.S. Dist. Ct. – Northern District of California – Case No. 4:18-cv-06753
- Appointed class counsel in securities class action alleging that Ripple Labs and its subsidiary XRP II violated state and federal securities laws by selling unregistered XRP token securities
- Obtained favorable ruling on Defendants' Motion to Dismiss allowing most claims to proceed

3

*Harrison Wang v. Kik Interactive, Inc., et al.*
California Superior Court – County of San Mateo – Case No. 20-CIV-01941
- Securities fraud action alleging that defendants induced plaintiff into purchasing unregistered Kin token securities through a number of material misrepresentations and omissions
- Obtained favorable resolution for plaintiff

*Adonis Real, et al. v. Yuga Labs, Inc., et al.*
U.S. Dist. Ct. – Central District of California – Case No. 2:22-cv-22-8909
- Securities class action alleging that defendants violated state and federal securities laws by selling unregistered digital assets

*Zach Kaplan et al. v. Mashinsky et al.*
U.S. Dist. Ct. – District of New Jersey – Case No. 2:22-cv-04560
- Appointed as additional counsel in securities class action alleging that defendants violated state and federal securities laws by selling unregistered CEL tokens and other financial products
- Case stayed pending resolution of criminal proceedings

*Barry Sandrew, et al. v. Legend3D, Inc., et al.*
California Superior Court – County of Los Angles – Case No. 19STCP00925
- Breach of fiduciary duty and appraisal action on behalf of minority shareholders in visual effects production company
- Obtained favorable ruling on Defendants' demurrer
- Obtained favorable resolution for minority shareholders

*Kevin Ogar v. OC Throwdown, et al.*
California Superior Court – County of Orange – Case No. 30-2016-00828804
- Obtained $22.3 million judgment on behalf of plaintiff who was permanently paralyzed at a fitness and weightlifting competition
- Obtained favorable resolution on insurance coverage issues, facilitating substantial recovery by plaintiff despite defendant's bankruptcy filing

*MediVas LLC, et al. v. Marubeni Corporation*
California Superior Court – County of San Diego – Case No. 37-2010-00090830
- Negotiated favorable settlement for Marubeni Corporation mid-way through a two-week jury trial in case involving hundred million dollar claims and multi-million-dollar cross-claims

*CrossFit, Inc. v. National Strength and Conditioning Association*
U.S. Dist. Ct. – Southern District of California – Case No. 14-cv-1911
- Obtained favorable summary judgment ruling in Lanham Act action arising from manipulation of data in an article published in competitor's scientific journal
- Obtained significant monetary and evidentiary sanctions against defendant based on discovery abuses