# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN ROBERTS and KEN SHEPPARD, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>STEPHEN EHRLICH, and EVAN PSAROPOULOS,<br><br>      Defendants. | Case No. 1:22-cv-09590-PKC<br><br>Judge: Hon. P. Kevin Castel<br>Date: October 8, 2024<br>Time: 2:00 PM<br><br>**[PROPOSED] ORDER APPROVING MICHAEL WYSE, IN HIS CAPACITY AS PLAN ADMINISTRATOR FOR THE VOYAGER WIND-DOWN DEBTOR, AS CLAIMS ADMINISTRATOR** |

  WHEREAS, on July 2, 2024, the Court approved the appointment of Paul R. Hage, acting in his capacity as the Plan Administrator for the Voyager Wind Down Debtor, as the Claims Administrator to supervise and administer the notice procedure in connection with the proposed Settlement;

  WHEREAS, Mr. Hage is resigning from his role as the Plan Administrator for the Voyager Wind-Down Debtor, and consequently, as Claims Administrator in this Action due to his recent appointment to serve as a bankruptcy judge for the United States Bankruptcy Court for the Eastern District of Michigan;

  WHEREAS, pursuant to the Voyager Plan, upon the resignation of the Plan Administrator, the Oversight Committee of Voyager Digital Holdings, Inc. et al. (the "Oversight Committee") is charged with selecting a successor Plan Administrator;

  WHEREAS, the Oversight Committee selected Michael Wyse of Wyse Advisors, LLC to serve as the successor Plan Administrator;

WHEREAS, the Settling Parties request that the Court approve the appointment of Mr. Wyse to replace Mr. Hage as the Claims Administrator in this Action;

**IT IS HEREBY ORDERED THAT:**

1. Paul Hage is relieved of his duties as the previously-appointed Claims Administrator; and

2. Michael Wyse, in his capacity as Plan Administrator for the Voyager Wind-Down Debtor, is appointed as Claims Administrator for the settlement in the above-captioned action.

IT IS SO ORDERED.

DATED: October 2, 2024

_____
Hon. P. Kevin Castel
United States District Judge