Case 1:22-cv-09590-PKC    Document 104-3    Filed 10/01/24    Page 2 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN ROBERTS and KEN SHEPPARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN EHRLICH, and EVAN PSAROPOULOS,<br><br>Defendants. | Case No. 1:22-cv-09590-PKC<br><br>Judge: Hon. P. Kevin Castel<br>Date: October 8, 2024<br>Time: 2:00 PM<br><br>[~~PROPOSED~~] JUDGMENT AND ORDER APPROVING PLAN OF ALLOCATION |

THIS ACTION having come before the Court on hearing on the Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the Plan of Allocation for proceeds of the Settlement; the Court, having considered all papers filed and proceedings held herein and otherwise being fully informed;[1]

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and their right to object thereto, and a full and fair opportunity was accorded to Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

---

[1] This Order operates by reference to the definitions in the Stipulation and Agreement of Settlement and Release (the "Stipulation"), dated April 3, 2024 (ECF No. 83-1), and all capitalized terms used, but not defined, herein shall have the same meanings as those set forth in the Stipulation.

2.     The Court hereby finds and concludes that the Plan of Allocation, set forth in the Stipulation, provides a fair, reasonable, and equitable basis upon which to allocate the proceeds of the Net Settlement Fund among Class Members.

3.     The Court finds that the Plan of Allocation is, in all respects, fair and reasonable to the Class, and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _October 8, 2024_

_____
Hon. P. Kevin Castel
United States District Judge